| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br>   *Britton*                          5-17-07<br>C. Signature<br>X *Brittny Shockey*      ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>The Honorable Leura Garrett<br>United States Attorney for the<br>Middle District of Alabama<br>1 Court Square<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2:07cv416-WHA<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*        ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7006 0100 0003 6483 1328 |

PS Form 3811, March 2001      Domestic Return Receipt      102595-01-M-1424