**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Drug Enforcement Administration
2350 Fairlane Drive
Montgomery, AL 36116

**COMPLETE THIS SECTION ON DELIVERY**

| A. Received by *(Please Print Clearly)* | B. Date of Delivery |
|---|---|
| Michael Dantzler | 5/17/07 |

C. Signature

X *Michael Dantzl*    ☐ Agent
                      ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

2:07CV 416-WHA

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

7006 0100 0003 6483 1311

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424