```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

Michael Joe Green,                    *
Johnny James Brown, and               *
Aletha Johnson                        *
                                      *
     Plaintiffs,                      *
                                      *    CASE NO. 2:07cv416-WHA
vs.                                   *
                                      *
Drug Enforcement Administration       *
                                      *
     Defendant.                       *

## MOTION TO DISMISS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and, on behalf of defendant Drug Enforcement Administration, hereby moves this Court to dismiss this action.  As grounds, the United States submits a contemporaneously filed Memorandum Brief.

Respectfully submitted this 13th day of July, 2007.

                    FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney