IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Michael Joe Green,              *
Johnny James Brown, and         *
Aletha Johnson                  *
                                *
      Plaintiffs,               *
                                *    CASE NO. 2:07cv416-WHA
vs.                             *
                                *
Drug Enforcement Administration *
                                *
      Defendant.                *

MEMORANDUM BRIEF

## I.  INTRODUCTION

On May 11, 2007, Michael Joe Green, Johnny James Brown and Aletha Johnson, through their attorney Joe Reed, filed a Complaint and Motion for Release and Return of Seized Property.  The Complaint alleges, *inter alia*, that the Montgomery, Alabama, Police Department illegally seized $32,353.00 in U.S. Currency and that the Drug Enforcement Administration (hereinafter, "DEA") illegally adopted the currency for federal forfeiture.  Plaintiffs allege violation of Alabama statutes and due process violations arising from the Fourteenth Amendment of the United States Constitution and Article I, Section VI of the Alabama Constitution.

## II.  STATEMENT OF FACTS

On December 6, 2006, Montgomery Police Department Patrol Officers J.J. Allen and D.W. Hines observed a 2006 silver Pontiac Grand Prix (Florida tag X66JKK) traveling 63 mph in a 50 mph zone. The officer stopped the vehicle and asked the driver, identified as

Michael Green (hereafter Green), for his driver's license. Green provided a driver's license and the vehicle rental paperwork. The officers noticed a strong odor of marijuana coming from the vehicle. Green was asked to step out of the vehicle so the officer could write Green a citation. Green was then asked if he would consent to a search of the vehicle. Green retreated to the vehicle without answering the officer's question.

Green was instructed to return to the patrol vehicle and the officers approached the passenger, identified as Johnny Brown (hereafter Brown). While the officer was speaking with Brown, the officer noticed, in plain view, a large sum of currency behind the passenger's seat on the floorboard. Brown was asked how much money was on the floor, and he responded about $20,000.00.

Officer Allen contacted Officer Bentley who responded to the scene with her Narcotics K-9, Lacy. Corporeal Bentley deployed Lacy to conduct a free air search of the vehicle and Lacy alerted to the passenger's side interior of the vehicle. Officer Allen located a Doritos' bag containing a quantity of suspected marijuana in the front passenger's door. Officer Allen also secured the currency from the back seat floorboard and discovered an additional amount of currency in the glove compartment.

At this point, Green was given his *Miranda* rights and voluntarily agreed to provide a statement. Green stated that he had no knowledge of the marijuana in the vehicle, although he had smoked some marijuana prior to leaving Pensacola, Florida. Green

stated that the money on the floorboard was his, but disavowed any ownership of the currency found in the glove box.  Green stated that he received part of the money from his parents for doing odd jobs and that he was carrying all the money he saved because he was thinking of moving to Atlanta, Georgia.  The officer noted that there were no overnight bags in the vehicle.  Green then stated he had some clothes in Atlanta.

Brown was read his *Miranda* rights and initially stated he did not want to make any statement but volunteered that he and Green were going to Atlanta to go shopping.  Brown disavowed any ownership in any of the currency except for $357.00 found in Brown's pants pocket.

As part of the investigation, the officers contacted Green's mother (Linda Green) and she stated that her son did not live with her.  Ms. Green stated that her son was released from prison in April 2006 and stayed a night or two with her when she lived in a FEMA trailer after her home was destroyed by a hurricane.  Ms. Green stated that she has given money to her son on several occasions, but not on December 6, 2006, and that the total was approximately $8,000.00.

The officers also contacted Green's father (Michael Green, Sr.) and Mr. Green stated that his son has not lived with him for over 10 years.  Mr. Green stated that his son had worked for Mr. Green's brother, Tony, on a few occasions, the last time being 2½ months prior to December, 2006.  Mr. Green stated that his son came

to Mr. Green's residence approximately 2-3 months prior to December 6, 2006 and was in possession of $12,000.00 - $13,000.00. Mr. Green stated he did not know how his son came into possession of the money but he believed that the money was proceeds from his son being involved in illegal activity.

Green has been arrested in the State of Florida for: Possession of Cocaine, Possession with Intent to Distribute, Weapons Offense, Resisting Officer, Aggravated Assault - Gun, Burglary-Armed, Smuggle Contraband into Prison-Crack Cocaine, Aggravated Battery, Possession of Concealed Weapon by Convicted Felon, Probation Violations, Battery-Domestic Violence, Possession of Controlled Substance without prescription, Possession of Narcotic Equipment, Marijuana Distribution, Possession of Controlled Substance, Marijuana Possession, Failure to Appear, Damage to Property, Trespassing, and Possession of MDMA.

Brown has been arrested in the State of Florida for: Cocaine Possession, Resisting Officer without violence, Grand Larceny, Burglary-Armed, Battery, Escape or Attempt to Escape from Confinement, Aggravated Assault-Weapon, Battery-Domestic Violence, Marijuana Possession, Controlled Substance-Possession with Intent to Sell and Assault or Battery during a Burglary.

On December 29, 2006, Green, Brown and Aletha Johnson (hereafter Johnson), through their attorney Joe Reed, filed a Complaint and Motion for Release and Return of Seized Money in the Circuit Court of Montgomery County, Case # CV-06-3237R (See

Attachment A).  The suit was filed against the City of Montgomery, J.J. Allen, Officially and Individually and Henry Davis, Officially and Individually and alleged various violations of the Alabama Constitution and the United States Constitution.  DEA was not named as a party to this action nor was DEA served with the Complaint. The Complaint only lists individuals and does not name the seized currency as a defendant or otherwise assert specific jurisdiction over the currency.

On January 11, 2007, DEA adopted this seizure, from the Montgomery Police Department for federal forfeiture because the investigation revealed probable cause to believe that the seized currency was furnished or was intended to be furnished in exchange for a controlled substance, in violation of 21 U.S.C. § 881(a)(6). DEA then commenced its administrative forfeiture proceedings by sending Certified Notice of Seizure Letters to Green and Brown. DEA received the United States Postal Service Domestic Return Receipt from both addresses.  DEA also caused to be published in *The Wall Street Journal*, once a week for three consecutive weeks, notice of DEA's intent to forfeit this asset.  (See: Declaration of John Hieronymus - Attachment B).  These Notice of Seizure letters clearly indicated the procedure for filing a valid claim and the time deadline (March 14, 2007) for submitting a valid claim.

On May 11, 2007, Green, Brown and Johnson filed the instant case with the United States District Court for the Middle District of Alabama, Northern Division.

On May 14, 2007, upon the motion of the plaintiffs, Green, Brown and Johnson, the Circuit Court for Montgomery County dismissed their case with prejudice. (See Motion to Set Aside Order, etc. - Attachment C).

On June 13, 2007, DEA, after not receiving any valid claims or petitions for remission or mitigation of forfeiture, administratively forfeited the currency.

## III. ARGUMENT

DEA asserts that the matter should be dismissed in that the plaintiffs are attempting to circumvent the administrative forfeiture process by filing a Complaint with the United States District Court thereby collaterally attacking the seizure instead of following the rules established for administrative forfeitures.

### A. Lack of Jurisdiction.

The district court does not have jurisdiction to review the merits of a properly executed administrative forfeiture. A district court's jurisdiction is limited under 28 U.S.C. § 1331 to a review of adequacy of the notice. This jurisdiction does not include a Fourth Amendment objection to the legality of a seizure that the plaintiff could have raised had he filed a claim. United States v. Giraldo, 45 F.3d 509, 511 (1st Cir. 1995). See also United States v. Schiavo, 897 F.Supp. 644, 647 (D. Mass. 1995), Valderrama v. United States, 417 F.3d 1189 (11th Cir. 2005).

**B.    Federal Administrative Forfeiture Proceedings Against the Seized Properties Pursuant to 21 U.S.C. § 881 Were Procedurally Proper and Met All Statutory and Regulatory Requisites.**

This case does not present any statutory or regulatory procedural defects. The seizure was adopted by DEA after it was first determined that sufficient drug-related probable cause existed to subject the money to federal forfeiture proceedings. See 21 U.S.C. § 881(a)(6). Adoption of the seizure by an authorized agency of the United States has the same effect as if the seizure had originally been made by the United States. United States v. One Ford Coupe, 272 U.S. 321 (1926); Madewell v. Downs, 68 F.3d 1030, 1037, (8th Cir. 1995); United States v. Winston-Salem/Forsyth County Bd. Of Educ., 902 F.2d 267 (4th Cir. 1990). Adoptive forfeitures are a specifically recognized exception to the seizure warrant requirement in section 18 U.S.C. § 981(b).

DEA timely and properly initiated the federal forfeiture proceedings against the seized property. See 21 U.S.C. § 1607 and 21 C.F.R. § 1316.77(a). DEA sent written notices of seizure to the only known parties having an interest in the property. See 19 U.S.C. § 1607(a). Further, notice of each seizure was published in *The Wall Street Journal*, a newspaper of general circulation in the Middle District of Alabama, on three consecutive Mondays. See 19 U.S.C. § 1607(a); 21 C.F.R. § 1316.74, 19 C.F.R. § 162.47(e). Each written notice provided detailed information regarding the procedures for contesting the forfeiture either judicially or administratively. See 28 C.F.R. §§ 9.1-9.7. When Green and Brown

failed to submit a timely valid claim to DEA, the property was administratively forfeited to the United States.  See 19 U.S.C. § 1609; 21 C.F.R. § 1316.77.

"The overwhelming weight of authority supports the position that a federal court lacks jurisdiction to review the merits of administrative forfeiture decisions once the administrative process has begun." United States v. One 1987 Jeep Wrangler, 972 F.2d 472, 480 (2nd Cir. 1992).  See Linarez v. U.S. Department of Justice, 2 F.3d 208, 211-212 (7th Cir. 1993)(once a federal agency initiates an administrative forfeiture proceeding under 19 U.S.C. § 1607, the federal court is divested of jurisdiction unless an interested party files a proper and timely claim and cost bond or affidavit of indigency).  Toure v. United States, 24 F.3d 444 (2nd Cir. 1994)(court's jurisdiction is limited to reviewing the adequacy of the notice).  United States v. Eubanks, 169 F.3d 672 (11th Cir. 1999)("[i]t is inappropriate for a court to exercise equitable jurisdiction to review the merits of a forfeiture matter when the petitioner elected to forego the procedures for pursuing an adequate remedy at law.") See also United States v. Castro, 883 F.2d 1018, 1019-20 (11th Cir. 1989); United States v. $83,310.78 in United States Currency, 851 F.2d 1213, 1235 (9th Cir. 1988); In Re Harper, 835 F.2d 1273, 1274-1275 (8th Cir. 1988); Willis v. United States, 787 F.2d 1089, 1094 (7th Cir. 1986).

By filing a complaint in the United States District Court, Green and Brown are attempting to bypass DEA's administrative

forfeiture proceedings and negate the fact that they failed to timely contest the forfeiture. This attempt fails, however, to confer jurisdiction on the Court. See Willis, 787 F.2d at 1094. See also Shockley v. Jones, 823 F.2d 1068, 1070 n.1 (7th Cir. 1987).

**C. *In Rem* Jurisdiction**

It is well established that only one court may have jurisdiction over the res at a time; the first court to obtain jurisdiction maintains it until it is relinquished. Madewell v. Downs, 68 F.3d 1030, 1041 n. 13 (8th Cir. 1995); In Re Seizure of Approximately 28 Grams of Marijuana, 278 F. Supp. 2d 1097, 1101 (N.D. Cal. 2003); Cole v. United States (In re United States Currency $844,520.00), 136 F.3d 581 (1998) disallowing a collateral attack on a completed administrative forfeiture. The "general rule that for 'proceedings *in rem* or quasi *in rem*...the state or federal court having custody of the...property has exclusive jurisdiction to proceed.'" Lankenau v. Coggeshall & Hicks, 350 F.2d 61, 64 (2nd Cir. 1965) (quoting Donovan v. City of Dallas, 377 U.S. 408, 412, L.Ed.2d 409, 84 S.Ct. 1579 (1964)).

In the action commenced by the plaintiffs in State court, the plaintiffs failed to include the contested currency in the caption of the Complaint and, although their Complaint was titled Complaint and Motion for Release and Return of Seized Money, they filed suit against a municipality and two individuals alleging an unlawful seizure of the currency. The relief sought was declaratory and injunctive against the named defendants, clearly showing that the

jurisdiction obtained in the action was *in personum*, not *in rem*. The plaintiffs did not file suit against the currency or specifically seek jurisdiction over it, and therefore the State Court did not have *in rem* jurisdiction. Nevertheless, once the state court dismissed the action, at the request of the plaintiffs, any *in rem* jurisdiction that may have existed was extinguished and the administrative forfeiture was complete since *in rem* jurisdiction could only be vested with the federal government.

**D. 18 U.S.C. § 983(e) Is The Exclusive Remedy To Seek To Set Aside A Declaration Of Forfeiture.**

As shown above, the property at issue has been declared forfeited by the DEA.

> A motion filed under this subsection shall be the exclusive remedy for seeking to set aside a declaration of forfeiture under a civil forfeiture statute.

18 U.S.C. § 983(e)(5).

The complaint filed with this Court does not comply with the requirements of 18 U.S.C. § 983. As this is the exclusive remedy available, the complaint should be dismissed. See also Valderrama v. United States, 417 F.3d 1189 (11th Cir. 2005)(Claimant may only seek relief under 18 U.S.C. § 983 when the government has failed to comply with notice under the statute; claimant may not challenge the forfeitability of the property in administrative actions filed after August 23, 2000.)

## IV.  CONCLUSION

For  the  above  stated  reasons,  DEA  submits  that  the  civil
complaint  in  this  matter  must  be  dismissed,  or  in  the  alternative,
summary  judgment  be  entered  in  favor  of  the  Government.

Respectfully  submitted  this  13th  day  of  July,  2007.

FOR  THE  UNITED  STATES  ATTORNEY
LEURA  G.  CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed the foregoing Memorandum Brief with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joe M. Reed.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY**
**CIVIL DIVISION**

**Michael Joe Green,** *

**Johnny James Brown, and** *

**Aletha Johnson** *

**Plaintiffs,** *

* CV-06-3237 R

**VS.**

*

**City of Montgomery, a Municipal Corporation**

**J.J. Allen, Officially and Individually** *

**Henry Davis, Officially and Individually** *

**Defendants.** *

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2006 DEC 29 PM 4:18

**COMPLAINT**
**AND MOTION FOR RELEASE AND RETURN OF SEIZED MONEY**

Now Come the Plaintiffs/claimants Michael Joe Green, Johnny Brown, and Aletha Johnson by and through the undersigned, and move this Honorable Court for declaratory and injunctive relief and an order releasing and returning to them certain personal property belonging to them unlawfully seized by the Montgomery, Alabama Police Department. To wit: Thirty-Two Thousand Three Hundred Fifty-Three dollars ($32,353.00) in lawful United States currency. As grounds the Plaintiffs show unto the Court the following:

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
A

3.    Officer Allen then ordered the passenger Johnny Brown from the vehicle where he was handcuffed and placed under arrest. Officer Allen asked Mr. Green if there was anything in the car he needed to know about. Mr. Green told him that there was approximately $20,000.00 in cash on the backseat floorboard. Officer Allen called a K-9 unit to the scene where the K-9 alerted to the vehicle. A search of the vehicle revealed marijuana and an additional $10,000.00 in the glove compartment. The $10,000 in cash belongs to Aletha Johnson. The search incident to the arrest revealed $1,853.00 located on Michael Joe Green and $500.00 located on Johnny Brown.

4.    Brown was charged with Possession of Marijuana, second degree. Green was not charged with any violation other than speeding. Officer Allen took possession of all confiscated cash. Aletha Johnson is not charged with any crime.

5.    From the date of the seizure of the money until the present time there have been no charges filed against Michael Green or Johnny Brown or Alethat Johnson by the City of Montgomery or the State of Alabama connecting them with a drug transaction in which the money seized from their person were the proceeds, or a charge where the money was intended to be used in a drug transaction, i.e. a controlled buy.

6.    Mere possession of marijuana, in close proximity of cash, is not a ground for the forfeiture of the cash.

7.     The claimants have not engaged in any conduct which would invoke the jurisdiction of the State of Alabama or its agents to continue to detain the plaintiffs' money. Such detention is an unlawful conversion and interferes with the claimants' right of dominion and use of the money and thereby deprives them of their property without due process of law in violation of the Fourteenth Amendment of the United States Constitution and Article I, Section VI of the Alabama Constitution.

8.     Although the claimants have continued to lay claim to the money, it remains in the custody of the Montgomery Police Department, therefore interfering with and preventing claimant's right of dominion over and use of the money and thereby depriving him of his property without due process of law in violation of the Fourteenth Amendment of the United States Constitution and Article I, Section VI of the Alabama Constitution.

9.     The money was not intended to be used in violation of Section 20-2-93 of the Alabama Code, 1975, as amended, nor can the City make a probable cause/prima facie showing of a violation, which must do before they can begin forfeiture proceedings.

10.    Montgomery Police Officers had no probable cause to seize the plaintiff's currency. Such seizure is not meritorious, as the police department cannot connect the currency or the claimant with any controlled substance violation involving the currency, which could justify the seizure.

11.    Although the claimants have continued to lay claim to the money, it remains in the custody of the City of Montgomery or its agents, therefore

interfering with, and preventing the claimant's right of dominion over and use of the money and thereby depriving him of his property without due process of law in violation of the Fourteenth Amendment to the United States Constitution and Article one Section IV of the Alabama Constitution.

**DEMAND FOR JUDGMENT**

Plaintiff demands judgment under the following terms:

1. Declaration that the conduct of the defendants violated the rights of the plaintiffs under the appropriate constitutional amendments and;
2. That the defendants be enjoined from harassing, intimidating, threatening or otherwise interfering with the lawful travel habits of the plaintiffs, and;
3. Mandatory injunctive relief requiring the defendants to immediately restore the plaintiffs their property and;
4. Costs, and;
5. Such other relief as the Court may deem appropriate, the premises considered.

Wherefore, claimant prays that this Court conduct a hearing on this matter at the earliest possible convenience and after the hearing enter its Order restoring all rights to and possession of the money to the claimant.

Date: December 29, 2006

/s/Joe M. Reed
Joe M. Reed(REE045)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I herby certify that the following was served on

City of Montgomery
103 N. Ripley Street
Montgomery, Alabama 36104

Officer J.J. Allen
Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36104

Major Henry Davis
Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36104

By certified mail, return receipt.

/s/ Joe M. Reed
Joe M. Reed

IN THE UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MICHAEL JOE GREEN, JOHNNY JAMES BROWN, and ALETHA JOHNSON, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 2:07CV416-WHA |
| DRUG ENFORCEMENT ADMINISTRATION, | ) | |
| Defendant. | ) | |

DECLARATION OF JOHN HIERONYMUS

1. I, John Hieronymus, hereby declare that I am the Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

2. I affirm that, in the course of my official duties as Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

3. I declare that material related to the property, which is the subject matter of the above-captioned action, is contained in one (1) file of my office.

4. The file, captioned as DEA Case No. **KI-07-0017** and Asset Identification (I.D.) No. **07-DEA-478081**, contains the following information:

(a) DEA Asset I.D. No. **07-DEA-478081** represents $31,200.00 U.S. Currency seized from Michael Green on December 6, 2006, in Montgomery, Alabama by Patrol Officers of the Montgomery, Alabama Police Department. On January 11, 2007, the DEA office in Montgomery, Alabama adopted this seizure and subsequently prepared and submitted a forfeiture report to this office. An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property. This procedure included a legal review of the evidence that existed to seize the $31,200.00 U.S. Currency. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b) On February 7, 2007, pursuant to Title 19, United States Code (U.S.C.), Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Michael Green, 10810 Gulf Beach Highway, Pensacola, FL 32561 (Exhibit 1). On February 15, 2007, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 2).

(c) On February 7, 2007, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Johnny James Brown, 8511 Elbert Street, Pensacola, FL 32561 (Exhibit 3). On February 26, 2007, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 4).

(d) Pursuant to Title 19, U.S.C., Section 1607(a) and Title 21, Code of Federal Regulations, Section 1316.75, the seizure of the property was published in THE WALL STREET JOURNAL, a newspaper of general circulation in the Middle District of Alabama (Exhibit 5). The notice was published once each week for three successive weeks: March 5, 12, and 19, 2007. The published and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court. Pursuant to Title 18, U.S.C., Section 983(a)(2)(B), the published notice and mailed notices also stated that the deadline to file a claim was March 14, 2007, or if the mailed notice was not received, April 19, 2007. In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation.

(e) On June 13, 2007, after there had not been any properly executed claim received, and after the time limit for filing said claim expired, the DEA forfeited the $31,200.00 U.S. Currency to the United States pursuant to Title 19, U.S.C., Section 1609 (Exhibit 6).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this ______ day of June 2007.

John Hieronymus
Forfeiture Counsel
Asset Forfeiture Section (OML)
Drug Enforcement Administration
HQs Forfeiture Response
P. O. Box 1475
Quantico, VA 22134-1475

Attachments: Exhibits 1-6

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| **Asset Id:** | 07-DEA-478081 |
| **Case Number:** | KI-07-0017 |
| **Property:** | $31,200.00 U.S. Currency |
| **Asset Value:** | $31,200.00 |
| **Seizure Date:** | 01/11/2007 |
| **Seizure Place:** | Montgomery, AL |
| **Owner Name:** | Green, Michael |
| **Seized From:** | Green, Michael |
| **Judicial District:** | Middle District of Alabama |

Michael Green
10810 Gulf Beach Highway
Pensacola, FL 32561

NOTICE MAILING DATE: February 7, 2007

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (**30**) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **March 14, 2007**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

GOVERNMENT EXHIBIT
1

7006 0810 0003 2638 3018

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

KI

1. Article Addressed to:

Asset ID: 07-DEA-478081
Michael Green
10810 Gulf Beach Highway
Pensacola, FL 32561

07-478081-001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
2-15-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number (*Transfer from service label*) 7006 0810 0003 2638 3018

912

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

Johnny James Brown
8511 Elbert Street
Pensacola, FL 32561

| | |
|---|---|
| **Asset Id:** | 07-DEA-478081 |
| **Case Number:** | KI-07-0017 |
| **Property:** | $31,200.00 U.S. Currency |
| **Asset Value:** | $31,200.00 |
| **Seizure Date:** | 01/11/2007 |
| **Seizure Place:** | Montgomery, AL |
| **Owner Name:** | Green, Michael |
| **Seized From:** | Green, Michael |
| **Judicial District:** | Middle District of Alabama |

NOTICE MAILING DATE: February 7, 2007

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **March 14, 2007**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
3

7006 0810 0003 2638 3025

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

KI

1. Article Addressed to:

Asset ID: 07-DLA-478081
Johnny James Brown
8511 Elbert Street
Pensacola, FL 32561

07-478081-002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Johnny Brown

C. Date of Delivery 2-26-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2007 MAR -2 ... RECEIVED ... ASSET FORFEITURE

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0810 0003 2638 3025

9/2

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

GOVERNMENT EXHIBIT 4

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforc Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Correspondence sent via private delivery must be se Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED ST DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfe shall be deemed filed with the Asset Forfeiture Section, when received by the DEA at either of the addresses noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or t or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

FIRST NOTICE
LAST DATE TO FILE APRIL 19, 2007
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
07-DEA-478200, $331,179.00 U.S. Currency, Wasilla, AK, McIlvain, Patrick Norris, 01/09/07
07-DEA-478386, Assorted Firearms, VL: $3,315.00, (1) .500 Caliber Smith & Wesson 500 Pistol, Ser No CJE8043; (1) .45 Caliber Ruger P-97, Ser No 663-46009; (1) .223 Caliber Olympic Arms AR-15/variant rifle, Ser No JJ0615; (1) .22 Caliber, 572 Remington, Pump Action Rifle, Ser No 1841845; (1) .45 Caliber carbine variant, Auto Ordinance Corporation Thompson Semi-Auto, Ser No KA9808; (1) Remington 870 Express 12 Gauge pump-action, pistol grip, Ser No C029072M; (1) Remington 870 Express 12 Gauge Marine Magnum pump-action, Ser No D314490M; (1) Marlin 60, Semi-auto .22 Caliber, rifle (tube magazine), Ser No 21572706; (1) Remington 700, bolt-action rifle, 300 ultra magazine, .300 Caliber, Ser No E6558504; (1) Marlin 1895-G, .45-70 caliber, lever action tube magazine, Ser No 99029639; (1) Rossi 41225 (Interchangeable .410 Guage and .22 Caliber rifle Barrels, Ser No AP014671; (1) Rossi 41225 (Interchangeable .410 guage and .22 caliber rifle barrels, Ser No AP016794, Wasilla, AK, McIlvain, Patrick Norris and Ross, Rachel Hillary, 01/12/07
07-DEA-478460, 2002 Suzuki 300F King Quad 4 Wheeler, JSAAM43A922106615, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478465, 2005 Dodge Ram 1500 Swept SRT-10 Truck, 3D7HA16H15G858895, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478466, 1995 Chevrolet Pickup Diesel 4x4 1GCHK39F0SE152341, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478467, Arctic Cat Snowmachine Mountain Cat 800, 4UF03SNW83T159845, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478469, 2003 Forest River Cargo Mate 24 Ft. Enclosed Trailer, 4X4TSED223U202233, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478522, Arctic Cat Snowmachine M6, 4UF05SNW25T133495, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478528, 1985 F-350 Pickup, 2FTJW3613FCA49358, Wasilla, AK, McIlvain, Patrick Norris, 01/11/07
07-DEA-478535, Arctic Cat Snow Machines M7, 4UF06SNW46T112128, Wasilla, AK, Ross, Rachel Hillary, 01/11/07
07-DEA-478540, (2) Rolex Watches, VL: $13,200.00, (1) Ladies two toned Rolex Watch w/silver jubilee and diamond bezel, Ser No 17917331JB7213; and (1) Stainless Steel Rolex Watch w/blue roman dial, Ser No R16220A63B7836, Wasilla, AK, McIlvain, Patrick Norris and Ross, Rachel Hillary, 01/11/07

MIDDLE DISTRICT OF ALABAMA
07-DEA-478081, $31,200.00 U.S. Currency, Montgomery, AL, Green, Michael, 01/11/07
07-DEA-478361, Miscellaneous Chemicals, VL: $2,746.80, (45) Boxes of Ephedrine @ $12.99 each; (6) Boxes of Max Brand Pseudoephedrine @ $29.99 each; (64) Boxes of Bronch-eze @ $14.99 each; (85) Packs of Ephedrine Extra @ 4.99 each; (35) Packs of Ephedrine Extra Max Strength @ 4.99 each; (85) Packs of Extra Strength Ephedrine @ $4.99 each, Huntsville, AL, Discount Express #4, 01/03/07

NORTHERN DISTRICT OF ALABAMA
07-DEA-478280, Assorted Drug Paraphernalia, VL: $717.88, (7) Boxes of Love Roses containing 36 each; (2) Boxes of Glass Tubes containing a total of 39 tubes; (2) Boxes of Happy Face Pens containing a total of 44; (2) Boxes of Chore Boy containing a total of 47, Huntsville, AL, Discount Express #4, 01/03/07
07-DEA-478342, 2003 Ford Expedition XLT, 1FMRU15W53LA89626, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07
07-DEA-478367, 2007 Cen Tex Utility Trailer, 6 X 16, 5RHCT162X7H004354, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07
07-DEA-478375, 1997 Nissan Frontier, pick-up truck, 1N6SD11S6VC368695, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07
07-DEA-478477, $23,025.00 U.S. Currency, Tuscumbia, AL, Dill, Jason, 12/20/06
07-DEA-478488, $4,020.00 U.S. Currency, Russellville, AL, Carbajal, Alejandro, 12/21/06

DISTRICT OF ARIZONA
06-DEA-467908, $215,970.00 U.S. Currency, Tucson, AZ, Ulloa Jr., Benjamin, 05/10/06
07-DEA-478110, $9,000.00 U.S. Currency, Tuba City, AZ, Lopez-Gutierrez, Eduardo, 12/28/06
07-DEA-478142, $21,226.00 U.S. Currency, Tucson, AZ, Algandar-Acosta, Humberto and Alcantar, Antonio and Armes-Barajas, Juan Francisco, 12/29/06
07-DEA-478568, 1979 Cessna Aircraft Model 172N, Tail Number N6616D, Ser No. 17272903, Model No. 52135436, St. Johns, AZ, Erand, Gary Thomas, 01/11/07
07-DEA-478623, $36,200.00 U.S. Currency, Phoenix, AZ, Willis, Anthony Ray, 01/17/07
07-DEA-478780, 1999 Hyundai Sonata GL, KMHWF25V5XA036694, Tucson, AZ, Cota-Cota, Jesus Manuel, 01/16/07
07-DEA-478872, (3) Assorted Jewelry, VL: $27,300.00, (1) Gents diamond cross, 18kt white gold, 3 rows of Princess Cut Diamonds; (1) Chain in 18kt white gold link; (1) Gents Diamond Ring, 18kt white gold "squarish" style mounting, 5 rows of 5 diam; (1) Gents Rolex Watch, 18kt yellow gold and stainless steel, 2005 model, Ser No D701145, Marana, AZ, Molinares-Nunez, Carlos, 12/09/06

CENTRAL DISTRICT OF CALIFORNIA
06-DEA-471245, $381,027.00 U.S. Currency, El Cajon, CA, Benitez, Juan Josa, 07/29/06
07-DEA-476370, $14,460.00 U.S. Currency, Riverside, CA, Blankenship, Jonathan Bartley, 11/27/06
07-DEA-477526, $6,567.00 U.S. Currency, Fontana, CA, Hernandez Sr., Salvador, 12/12/06
07-DEA-477581, $1,780.00 U.S. Currency, San Bernardino, CA, Jimenez Sr., Robert Paul, 12/12/06
07-DEA-477979, 2007 Mercedes-Benz S600V Sedan, WDDNG76X17A034800, Highland, CA, Barajas, Erik, 12/12/06
07-DEA-478339, $10,150.00 U.S. Currency, Los Angeles, CA, Rice Jr., Howard Daniel, 01/08/07
07-DEA-478340, $40,150.00 U.S. Currency, Los Angeles, CA,
07-DEA-478263, $295,868.00 U.S. Currency, Miami, FL, Cid, Juan, 01/16/07

MIDDLE DISTRICT OF GEORGIA
07-DEA-475706, $2,472.00 U.S. Currency, Athens, GA, Muckie, Orlando Ramon AKA Muckle, Orando AKA Lando, 10/24/06
07-DEA-477969, $13,159.00 U.S. Currency, Omega, GA, Walker, Anthony, 12/19/06
07-DEA-477971, $12,271.00 U.S. Currency, Tifton, GA, Royster, Leonard and Royster, Diane, 12/19/06
07-DEA-478298, $3,970.00 U.S. Currency, Columbus, GA, Cobo, Terrell Marquincy, 01/18/07
07-DEA-478429, $5,000.00 U.S. Currency, Greensboro, GA, Pinckney, Demeian Lamont and Floyd, Jermako Delonzo, 01/11/07
07-DEA-478850, $49,960.00 U.S. Currency, Madison, GA, Drummings, Schuyler Ray, 01/16/07
07-DEA-478853, $5,000.00 U.S. Currency, Madison, GA, Jaimez, Violeta, 01/04/07
07-DEA-478860, $6,832.00 U.S. Currency, Madison, GA, Valdez-Elias, Elba, 01/04/07
07-DEA-478869, $25,000.00 U.S. Currency, Valdosta, GA, Gorostieta, Jose and Benitez, Juan Castellan and Vera, Apolinar, 01/12/07
07-DEA-478972, $13,100.00 U.S. Currency, Jackson, GA, Walters, Julian G., 01/22/07

NORTHERN DISTRICT OF GEORGIA
07-DEA-477952, $29,229.00 U.S. Currency, Alpharetta, GA, Wheat, Kasey D., 12/21/06
07-DEA-478116, $4,131.00 U.S. Currency, LaGrange, GA, Mata, Perla Rocio, 01/09/07
07-DEA-478118, $3,800.00 U.S. Currency, LaGrange, GA, Medina, Cindy Arena AKA Gonzalez, Arely Medina, 01/09/07
07-DEA-478216, $10,172.00 U.S. Currency, Stockbridge, GA, Miranda-Juarez, Javier, 01/17/07
07-DEA-478217, (8) Assorted Electronic Equipment, VL: $6,064.87, (1) Sony PlayStation 3-60GB & Accessories, Ser No CE126162019; (1) Sony PlayStation 2 Console Bundle, Model #SCPH-70012, Ser No FS2932141; (1) Toshiba Laptop Computer with Computer Bag, Model #M115-S3094, Ser No Y6183906Q; (1) Sony DVD Player/CD Changer, Model #DVP-NC665P, Ser No 2101109; (1) Sony Digital Audio/Video Control Ctr. with cables, Model #STR-K850P, Ser No 8869578; (1) 60" Sony TV with cables & Silver Stand, Model #KF-60WE610, Ser No 9002859; (1) Nortech portable DVD player, Model #E-DVKIT003, Ser No ML607044484; (1) 20" Emerson Television with cables, Model #EWL20D6, Ser No J16625071, Austell, GA, James, Jeneiro Lamar AKA Bailey, Kevin Marlon AKA Greer, Daryl Lamont AKA Major, Roger D. AKA Mitchell, Don Carlos, 01/03/07
07-DEA-478226, $14,000.00 U.S. Currency, Locust Grove, GA, Whitten, Breck Marquette and Thorpe Jr., Harold Keith, 01/17/07
07-DEA-478283, $8,965.00 U.S. Currency, Locust Grove, GA, Stovall, Ryan James, 01/17/07
07-DEA-478289, $3,510.00 U.S. Currency, Locust Grove, GA, Whitten, Breck Marquette, 01/17/07
07-DEA-478547, $3,730.00 U.S. Currency, Stockbridge, GA, Thomas, Akebo Tucum, 01/19/07
07-DEA-478596, 2001 Acura 3.2 CL, 19UYA42791A015577, Braselton, GA, Muhammad, Walterlee Rajai AKA Muhammad, Rajai Walterlee AKA Muhammad, Walter Lee, 01/25/07
07-DEA-478817, $16,053.00 U.S. Currency, Atlanta, GA, Woods, Marvin Timothy AKA Clark, Anthony, 01/05/07
07-DEA-478911, $16,500.00 U.S. Currency, Lawrenceville, GA, Mercado-Diaz, Ramon, 01/25/07

SOUTHERN DISTRICT OF GEORGIA
07-DEA-478350, 2001 Cadillac Deville Sedan, 1G6KD54Y41U228218, Augusta, GA, Dent Jr., Donald Demetrius, 01/10/07
07-DEA-478354, 1996 Chevrolet Tahoe C1500 SUV, 1GNEC13R4TJ351349, Augusta, GA, Dent Jr., Donald Demetrius, 01/10/07
07-DEA-478737, $3,790.00 U.S. Currency, Savannah, GA, Martin, Randy Antonio, 01/23/07

NORTHERN DISTRICT OF IOWA
07-DEA-478256, $33,600.00 U.S. Currency, Sioux City, IA, Morelos, Thomas Michael, 01/05/07
07-DEA-478314, $1,000.00 U.S. Currency, Sioux City, IA, Bernal, Jose Antonio and Swearingen, Christy Lynn, 01/04/07
07-DEA-478324, $1,200.00 U.S. Currency, Sioux City, IA, Bernal, Jose Antonio and Swearingen, Christy Lynn, 01/04/07

CENTRAL DISTRICT OF ILLINOIS
07-DEA-478918, 2003 Lexus LS430 JTHBN30F830113620, Chatham, IL, Thompson, Michael E., 01/25/07

NORTHERN DISTRICT OF ILLINOIS
07-DEA-477573, $69,868.00 U.S. Currency, Elmhurst, IL, Santamaria-Lorenzana, Sandra, 12/13/06
07-DEA-478563, 2004 Jeep Grand Cherokee, 1J8GW58J34C146171, Kankakee, IL, Cobb, Michelle, 12/31/06
07-DEA-478742, 2002 GMC Sierra 2500 HD Pickup Truck, 1GTHK29UX2Z132759, Burnham, IL, Garcia, Juana, 01/26/07
07-DEA-478748, 2000 Honda Accord Sedan EX, 1HGCG1650YA088296, Burnham, IL, Garcia, Juana, 01/26/07

SOUTHERN DISTRICT OF INDIANA
07-DEA-478600, 2005 Nissan Altima, 1N4AL11D25C229374, Lebanon, IN, Gonzalez, Luis, 01/12/07
07-DEA-478885, 2002 Cadillac Escalade, 3GYEK63N72G235563, Indianapolis, IN, Kern, Kristi, 01/19/07
07-DEA-478931, 2007 Forest River Tandem Trailer, 5NHUHA2247W047602, Indianapolis, IN, Soto, Eden, 01/19/07

DISTRICT OF KANSAS
07-DEA-477899, $400,300.00 U.S. Currency, Emporia, KS, Bailey, Harley D. AKA Trice, Jimmy, 01/08/07
07-DEA-478501, $38,900.00 U.S. Currency, Kansas City, KS, Gamez, Gerardo G. and Regalado, Ricardo, 01/23/07

EASTERN DISTRICT OF KENTUCKY
07-DEA-478287, $5,038.00 U.S. Currency, Richmond, KY, Matthews, Moss G., 01/12/07
07-DEA-478292, $26,466.00 U.S. Currency, Richmond, KY Matthews, Moss G., 01/12/07
07-DEA-478413, $18,500.00 U.S. Currency, Lexington, KY Ramirez-Ortega, Felix Luis, 01/18/07

WESTERN DISTRICT OF KENTUCKY
07-DEA-478360, $10,080.00 U.S. Currency, Russellville, KY, Cesar-Garcia, Julio, 01/19/07

EASTERN DISTRICT OF LOUISIANA
07-DEA-478788, $4,100.00 U.S. Currency, New Orleans, LA, Relayson, Jason, 01/19/07

DISTRICT OF MARYLAND
07-DEA-475909, $49,920.00 U.S. Currency, Baltimore, MD,
1ZVHT88S375256531, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
07-DEA-478695, 2007 Cadillac Escalade, 1GYFK63857R249080, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
07-DEA-478701, EZ-GO Golf Cart with Charger/Rims/Top, Ser No 2197098, VL: $3,000.00, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
07-DEA-478703, Assorted Electronic Equipment, VL: $10,600.00, (1) B&W Speaker; Model FPM5, Ser No 0010192; (1) B&W Speaker; Model FPM5, Ser No 0009692; (1) B&W Speaker; Model FPM5, Ser No 0013333; (1) Sony SXRD Home Theater Projector; Model VPL-VW100, Ser No 2003715; (1) Pioneer Elite Pro-1010HD 50" Plasma TV, Ser No D1PM000393UC; (1) Pioneer Elite Pro-1410HD 61" Plasma TV, Ser No DINF000273UC; (1) Monster Power Surge Protector; Model HTS1600, Ser No 01060428385, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07
07-DEA-478706, 1983 Oldsmobile Cutlass Hurst 15th Anniversary, 1G3AK4790DM414243, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
07-DEA-478708, 2006 Chevrolet Corvette Z06 Coupe, 1G1YY26E365112855, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
07-DEA-478898, 2006 Mercedes Benz ML 500, 4JGBB75E66A139385, Wilmington, NC, Leborgne, Dennis, 01/11/07
07-DEA-478900, 2005 Chrysler Crossfire, 1C3AN55L35X046642, Wilmington, NC, Leborgne, Dennis, 01/11/07

MIDDLE DISTRICT OF NORTH CAROLINA
07-DEA-478066, $13,760.00 U.S. Currency, Winston Salem, NC, Salinas, Margarita Gonzalez, 01/11/07
07-DEA-478236, 1999 Sun Valley Car Hauler, 1S9C85323XP297405, Lexington, NC, Gonzalez, Victor Hugo, 01/12/07
07-DEA-478421, $12,870.00 U.S. Currency, Sanford, NC, Gilmore, Dennis Elbert AKA Gilmore, Dennis Albert, 01/19/07
07-DEA-478436, $9,000.00 U.S. Currency, Greensboro, NC, Mack, Anthony, 01/22/07
07-DEA-478682, $19,740.00 U.S. Currency, Carrboro, NC, Falla, Carlos Humberto Catalan, 01/26/07
07-DEA-478771, $22,000.00 U.S. Currency, Carrboro, NC, Lane III, James Crawford, 01/22/07
07-DEA-478773, 2003 Cadillac Deville DTS, 1G6KF57913U165483, Carrboro, NC, Lane III, James Crawford, 01/22/07
07-DEA-478785, $13,500.00 U.S. Currency, Asheboro, NC, Rosas, Jose Fransisco, 01/30/07
07-DEA-478938, $15,000.00 U.S. Currency, Greensboro, NC, Clark, Katris Lynette, 01/31/07
07-DEA-478969, $3,107.00 U.S. Currency, Archdale, NC, Phillips, Carl Tyrone, 01/31/07

WESTERN DISTRICT OF NORTH CAROLINA
07-DEA-478197, 2003 Land Rover Freelander SE, SALNY22273A258791, Charlotte, NC, Alroy, Garrett Johnathan, 01/11/07
07-DEA-478308, $5,508.00 U.S. Currency, Charlotte, NC, Medrano, Jaime Alexander AKA Sevilla, Jimy Alexander, 01/10/07
07-DEA-478389, 2005 Cadillac Escalade, 1GYEK63NX5R175959, Morganton, NC, Hunt IV, James Slone, 12/26/06

DISTRICT OF NEBRASKA
07-DEA-478094, 1996 Mercedes-Benz, WDBGA33E2TA323001, Douglas County, NE, Jajo, Amin, 01/11/07
07-DEA-478262, Homemade Livestock Trailer, Ser No none, Hubbard, NE, Valdivinos, Marcos, 01/05/07
07-DEA-478284, 1996 Toyota Camry, 4T1BG12K1TU712695, Hamilton County, NE, Anaya-Zepeda, Jose, 01/16/07
07-DEA-478299, 1999 Chevrolet Silverado Pickup, 1GCEK19T2XE168027, Buffalo County, NE, Parsons, Matthew, 01/16/07
07-DEA-478447, $100,000.00 U.S. Currency, Douglas County, NE, Denkha, Amir and Yousif, Antar Jamil, 01/23/07

DISTRICT OF NEW HAMPSHIRE
07-DEA-478505, $4,307.00 U.S. Currency, Salem, NH, Ayala, Jadira and Gomez, Junior, 01/24/07

DISTRICT OF NEW JERSEY
07-DEA-478487, 2000 Honda Accord LX, 1HGCG6652YA059752, Jersey City, NJ, Camejo-Diaz, Fernando Ramon, 01/17/07

DISTRICT OF NEW MEXICO
07-DEA-478329, $207,016.00 U.S. Currency, Albuquerque, NM, Diaz-Angulo, Rogelio Arturo, 01/18/07
07-DEA-478410, $8,900.00 U.S. Currency, Alamogordo, NM, Stewart, Brandon, 01/22/07
07-DEA-478663, 2003 Ford Taurus, 1FAFP55U83G212273, Albuquerque, NM, Beltran-Felix, Alejandro, 01/23/07
07-DEA-478767, 2001 Lincoln Navigator, 5LMFU28A61LJ05528, Gallup, NM, Gonzalez, Elvis, 01/22/07
07-DEA-479100, 1999 Ford Explorer SUV, 1FMZU34X8XZA42521, Albuquerque, NM, Collazo, Miguel Angel, 02/03/07

DISTRICT OF NEVADA
07-DEA-478678, $4,000.00 U.S. Currency, Sparks, NV, Aguas, Rudolfo, 01/18/07
07-DEA-478764, $270,800.00 U.S. Currency, Las Vegas, NV, Manor Jr., Richard Charles, 01/09/07
07-DEA-478897, 2005 Chrysler Pacifica, 2C4GM68435R371325, Las Vegas, NV, Manor Jr., Richard Charles, 01/09/07

EASTERN DISTRICT OF NEW YORK
06-DEA-469342, $22,000.00 U.S. Currency, Hicksville, NY, Gomez, Ricardo Antonio, 06/15/06
07-DEA-477823, (2) Assorted Weapons, VL: $494.00, (1) Harrington & Richard Topper M48 Sawed-Off, Ser No Obliterated; (1) Smith & Wesson 38 Caliber, Ser No J774459, Staten Island, NY, Bruno, Nicholas, 12/12/06
07-DEA-477865, 2001 Chrysler Town & Country Van, 2C8GP44G61R104815, Brooklyn, NY, Blackwood, Phillip, 12/07/06
07-DEA-477960, $649,436.00 U.S. Currency, Astoria, NY, Tadarovsky, Paul, 01/05/07
07-DEA-478333, $30,670.00 U.S. Currency, Bayshore, NY, Moore, Andre, 01/13/07
07-DEA-478443, $17,500.00 U.S. Currency, Jamaica, NY, Bravo-Calderon, Peter F., 01/19/07
07-DEA-478697, $199,440.00 U.S. Currency, Queens, NY, Machecha, Yanko Alejandro and Noriega, Maria Del Carmen,
07-DEA-478917, $23,291.00 U.S. Currency, Memphis, TN, Halliburton, Vincent, 02/01/07

NORTHERN DISTRICT OF TEXAS
07-DEA-476063, 2003 Chevrolet Astro Van, 1GNDM19X33B125134, Mesquite, TX, Unidentified, 11/05/06
07-DEA-476828, $8,400.00 U.S. Currency, Fort Worth, TX, Almanza, Samuel Paratex, 11/21/06
07-DEA-478029, $37,574.00 U.S. Currency, Rockwall, TX, Murry Jr, Eddie Lee, 01/08/07
07-DEA-478097, $12,800.00 U.S. Currency, Rowlett, TX, Castillo, Rene Ruben AKA Castillo, Jamie, 01/03/07
07-DEA-478117, 2001 Lincoln LS, 1LNHM87A61Y618958, Dallas, TX, Castillo, Rene Ruben AKA Castillo, Jamie, 01/03/07
07-DEA-478261, $8,648.00 U.S. Currency, Dallas, TX, Randall, Cedric Levell, 01/04/07

SOUTHERN DISTRICT OF TEXAS
07-DEA-478202, 1998 Mercury Mountaineer, 4M2ZU55P6WUJ11839, Laredo, TX, Anaya, Maria Alicia, 01/10/07
07-DEA-478291, 1983 Dodge Pickup, 1B7FD14H9DS410634, Laredo, TX, Rodriguez, Ricardo, 01/06/07
07-DEA-478315, 2006 Mercedes Benz ML350, 4JGBB86E66A082500, Brownsville, TX, Guerrero Jr., Jose Luis, 01/09/07
07-DEA-478323, $20,685.00 U.S. Currency, Brownsville, TX, Guerrero Jr., Jose Luis, 01/09/07
07-DEA-478411, 2001 Nissan Sentra, 3N1CB51S11L042849, Freer, TX, Vela-Rodriguez, Jesus Santos, 01/13/07
07-DEA-478458, 2001 Ford F-150 P/U, 1FTRW07L81KE52046, Laredo, TX, Longoria, Rosa, 01/18/07
07-DEA-478558, 1996 Freightliner Tractor, 1FUYDZYB6TP676304, Falfurrias, TX, Salinas Jr., Alberto, 01/04/07
07-DEA-478630, 1994 Chevrolet C-1500 P/U, 2GBEC19K5R1293908, Laredo, TX, Rich, Kenneth, 01/16/07
07-DEA-478718, $15,000.00 U.S. Currency, La Porte, TX, Unidentified, 01/18/07
07-DEA-478720, 1996 Wabash Trailer, 1JJE532S8TL288870, Falfurrias, TX, Salinas Jr., Alberto, 01/04/07

WESTERN DISTRICT OF TEXAS
07-DEA-477297, 2007 Dodge Charger, 2B3KA73W27H668405, San Antonio, TX, Salas, Jason, 12/13/06
07-DEA-478379, $121,880.00 U.S. Currency, Midland, TX, Flores, Victor Guerrero, 01/11/07
07-DEA-478390, 2001 Ford F-250, 3FTNX20S21MA73528, Eagle Pass, TX, Gomez, Juan Manuel, 01/18/07
07-DEA-478456, $3,165.00 U.S. Currency, Waco, TX, Reyes, Jesse Garcia, 01/22/07
07-DEA-478616, $4,702.00 U.S. Currency, Waco, TX, Johnson, Terrance, 01/17/07
07-DEA-478624, $790.00 U.S. Currency, Waco, TX, Johnson, Reginald, 01/17/07

EASTERN DISTRICT OF VIRGINIA
07-DEA-477881, Smith & Wesson Model SW40VE 40 caliber Pistol, Ser No PBM7621, VL: $300.00, Richmond, VA, Mabry, Oronoe' S., 01/02/07
07-DEA-477935, $6,906.00 U.S. Currency, Richmond, VA, Mabry, Oronoe' S., 01/02/07
07-DEA-478068, $10,000.00 U.S. Currency, Richmond, VA, Reed, Billy Wayne AKA Watkins, Wayne L. AKA Reed, Makia, 12/30/06
07-DEA-478080, $21,530.00 U.S. Currency, Richmond, VA, Taylor, Dwayne, 12/30/06
07-DEA-478083, $5,800.00 U.S. Currency, Ashland, VA, Rodriguez, Carlos Sena AKA Primo, 12/30/06
07-DEA-478103, $44,010.00 U.S. Currency, Ashland, VA, Rodriguez, Carlos Sena AKA Primo, 12/30/06
07-DEA-478190, $1,800.00 U.S. Currency, Richmond, VA, Taylor, Dwayne and Taylor, Charnita, 12/30/06
07-DEA-478239, Glock Model 23, .40 caliber pistol, Ser No EAU244US, VL: $495.00, Richmond, VA, Everett, Kelly Demon, 12/30/06
07-DEA-478372, $20,959.00 U.S. Currency, Ashburn, VA, Voght, Donald Eugene, 01/15/07
07-DEA-478396, 12 gauge Bolto Shotgun, Ser No 30-12265, VL: $150.00, Richmond, VA, Dunn, Jason C., 12/18/06

DISTRICT OF VERMONT
07-DEA-478433, $5,304.00 U.S. Currency, Newport City, VT, Birchard, Matthew, 01/09/07

WESTERN DISTRICT OF WASHINGTON
07-DEA-477377, Nine (9) 600 W EYE Hortilux HPS Grow Light Bulbs, VL: $969.21, Federal Way, WA, Le, Steve Trung, 12/13/06
07-DEA-478122, $39,000.00 U.S. Currency, SeaTac, WA, Lee, Austin Myles AKA Iacicfoli III, Joseph Edward, 12/30/06
07-DEA-478270, Ruger Model 22/45 Handgun, Ser No 220-72224, VL: $495.00, Marysville, WA, Espinoza-Alanis, Luis Manuel, 01/03/07
07-DEA-478271, Webley Mark IV, Model 45caliber Handgun, Ser No 78388, VL: $795.00, Marysville, WA, Espinoza-Alanis, Luis Manuel, 01/03/07
07-DEA-478430, $64,982.91 U.S. Currency, Seattle, WA, Lopez-Rojo, Harold Eduardo, 01/20/07
07-DEA-478690, $34,000.00 U.S. Currency, Renton, WA, Evans, Jumaane Raul, 01/26/07
07-DEA-478691, $50,000.00 U.S. Currency, Seattle, WA, Evans, Jumaane Raul, 01/26/07

EASTERN DISTRICT OF WISCONSIN
07-DEA-477547, US Bank, Savings Account #121778900, VL: $11,700.00, Milwaukee, WI, Clothing, Darn Bowie and Otis C. Bowie and Designer Wear, 12/20/06
07-DEA-477595, $1,439.00 U.S. Currency, Milwaukee, WI, Dupree, Larry, 12/20/06
07-DEA-477738, $7,000.00 U.S. Currency, Milwaukee, WI, Shackles, Rachel, 12/27/06
07-DEA-477988, $9,089.00 U.S. C Eric Dwayne, 01/03/07
07-DEA-477990, $4,500.00 U.S. C Nichols, Shawn D., 01/09/07
07-DEA-478020, $4,100.00 U.S. C Jones, Ron L., 01/05/07

SOUTHERN DISTRICT OF WEST
07-DEA-478369, 2000 Mercury C Beckley, WV, Bradley, Anthony, 01/
07-DEA-478403, $3,000.00 U.S. C Anthony, 01/11/07

SECOND NOTICE
LAST DATE TO FILE APRIL 12, 2007

Ser No V482605V; (1) Heckler Caliber, with 2 Magazines, Gun Glock Model 34 Pistol, with 2 M Light, Ser No DDD846US, Cast 12/13/06
07-DEA-478016, Assorted Elect (1) Magnavox 26MD225V Wide 26MD255V/17; (1) Sony KDL40 LCD HDTV, Ser No 800454; (1) WEGA HDTV, Ser No 9001124; Plasma TV, Ser No 4A1A053702 Plasma TV, Ser No OEO347108 Cooperative, 12/12/06
07-DEA-478031, Miscellaneous $6,050.00, (1) Cannon Gun Safe Cannon Gun Safe T-36, Ser No C-23, Ser No S91623, Hayward, 12/12/06
07-DEA-478306, 2003 GMC Hu 5GRGN23U03H140774, Haywar 12/12/06
07-DEA-478310, 2002 Mercedes WDBLK74G62T096627, Haywar 12/12/06

SOUTHERN DISTRICT OF CAL
07-DEA-475938, 2004 Chevrolet Brawley, CA, Ramirez, Alejandro
07-DEA-477442, $4,215.00 U.S. Seckelman, Joseph Daniel, 12/2
07-DEA-477702, $895.00 U.S. C Jaquez, Rudy Edward, 12/29/06
07-DEA-477785, $60,000.00 U.S Krikorian Jason George, 12/29/0
07-DEA-477786, $34,980.00 U.S. Krikorian, Jason George, 01/03/0
07-DEA-477788, $2,530.00 U.S. Hulstine, Sheldon, 01/03/07
07-DEA-477883, $8,020.00 U.S. Washington, Byron, 01/05/07
07-DEA-477977, 1993 Toyota Ten Niland, CA, Guillen-Botello, Julian
07-DEA-478040, $1,081.00 U.S. Eatmon, Aundray Lamar, 01/10/07

DISTRICT OF COLORADO
07-DEA-477743, $4,020.00 U.S. Nicholas, 12/15/06
07-DEA-477774, $67,890.00 U.S. CO, Sosa, Lorenzo AKA Sosa, Ma
07-DEA-477864, 2003 Nissan X-T JN1BT05A23W712726, Watkins, 12/15/06
07-DEA-477978, $53,000.00 U.S. Holguin, Luis Alberto and Holguin,
07-DEA-478154, $6,655.01 U.S. C Ray Douglas, 01/11/07
07-DEA-478247, $37,300.00 U.S. Ramirez-Galvan, Daniel AKA Herre

DISTRICT OF CONNECTICUT
07-DEA-477519, Webster Bank, A $8,350.67, New Britian, CT, Baez,
07-DEA-477644, Webster Bank Inv #WBK155071, VL: $58,606.91, Ker 12/26/06

DISTRICT OF DELAWARE
07-DEA-478366, 2003 Suzuki XR1 JS1GT75A032109688, Bridgeville, 11/29/06

MIDDLE DISTRICT OF FLORIDA
07-DEA-478050, $1,620.00 U.S. C Brooks, Tarsha, 11/21/06

SOUTHERN DISTRICT OF FLORI
06-DEA-473634, Heckler & Koch 9 Rounds, Ser No 27-059994, VL: $1. Thenh, 08/02/06
07-DEA-474302, $2,900.00 U.S. C Chapa, Juan AKA Gomez, Frank,
07-DEA-475571, $29,140.00 U.S. C Unidentified, 11/07/06
07-DEA-476109, $68,980.00 U.S. C Unidentified, 11/17/06
07-DEA-477492, 2007 Toyota Camr Coral Springs, FL, Espinal, Alcedo J
07-DEA-477497, 2003 Ford Excedit 1FMPU17L53LB54445, Miramar, FL
07-DEA-477499, 2003 Chevrolet Av 3GNEC13T73G320478, Miami, FL,
07-DEA-477799, 1984 Topaz 36' Pl TPP50078M84B, Ft. Lauderdale, FL
07-DEA-477830, $2,048.00 U.S. Cu Clark, Victoria, 12/12/06
07-DEA-477834, $59,592.00 U.S. C Prospere, Vernet and Auguste, Maris
07-DEA-477858, $2,807.00 U.S. Cur Monestine, Luckner, 12/12/06
07-DEA-477925, $57,505.00 U.S. C Jean-Baptiste, Kevin AKA Basiste, K Kelvin, 12/12/06
07-DEA-478045, $11,000.00 U.S. C Quinones, Antonio, 12/21/06
07-DEA-478127, Rolex Watch Yacht- Miami, FL, Quinones, Antonio, 12/21/
07-DEA-478210, 2003 Land Rover D SALTY16423A804846, Pembroke Pir 12/26/06
...d money orc ...ders, Ser No 18; 08-51704 53; 08-51704 47; 08-59825 52; 08-61897 29; 08-51968 9352986452 376; 235872 415; 559441 945; 560411 ...l money order 33047276553; 10431511121; 1067655 money order, Ser No 0440961522 (1) order, Ser No 56081879; (1) Allsuos ...

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
5

# LEGAL NOTICE
# ATTENTION

., gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances ι petition for remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the n under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence by the DEA at either of the addresses noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants ssarily mean that they are the target of DEA investigations or other activities.

...urus Stationwagon, ...Heights, IL, Conley, Tameka,

...J.S. Currency, Chicago, IL, Pannel,

...J.S. Currency, Chicago, IL, Bryd,

...J.S. Currency, Chicago, IL, Arevalo,

...J.S. Currency, Chicago, IL, Berland,

...LINOIS

...S Currency, Ullin, IL, Lewis, Katie,

...J.S. Currency, Waterloo, IL, Jenkins

...S. Currency, East St. Louis, IL

...r Town & Country Mini-Van, ...IL, Medina, Audel and Castro,

...S. Currency, Washington Park, IL, Reese 01/31/07

...U.S. Currency, Collinsville, IL, ...08/07

...DIANA

...U.S. Currency, South Bend, IN,

...U.S. Currency, South Bend, IN, ...t, 01/23/07

...DIANA

...J.S. Currency, Alexandria, IN,

...J.S. Currency, Ferdinand, IN,

...J.S. Currency, Indianapolis, IN,

...or #2, 5GRGN23U73H103026 ...01/19/07 ...et Tahoe LT ...apolis, IN, Gutierrez, Alfredo,

...over Discovery, ...nd, KS, Valdez, Daniel Russell,

...NTUCKY

...J.S. Currency, Florence, KY, ...alph, 11/25/06

...Weapons, (1) Savage Arms Model ...No GG177; (1) Phoenix Arms ...six .25 caliber bullets, Ser No ...ond, KY, Matthews, Moss G.,

...NTUCKY

...Ram Truck and 20'Flatbed Trailer ...el frame, wooden, Ser No TX Lic ...am pickup truck, diesel, Ser No ...Russellville, KY, Cesar-Garcia,

...J.S. Currency, Louisville, KY, ..., Rickey R., 01/18/07 ...ccount #3009814143, VL ...way, Ricky AKA Calloway, Rickey

...ccount #3009743306, VL: ...es, Ronald AKA Jefferies, Ronald ...e AKA Jeffries, Ronald E., 01/31/07

...ETTS

...J.S. Currency, Boston, MA, Kalil,

...S. Currency, Woburn, MA, Guarin,

...S. Currency, Revere, MA, Tran, Nu

...mputer Equipment; VL: $6 245.00, ..., ZFG Ser No ...wer Mac G-5, Model No. A1047, ...Power Mac G-4, Model No. M8493, ...Spring, MD, Hess, Steven Edward ...1/05/07

...J.S. Currency, Baltimore, MD,

...J.S. Currency, Upper Marlboro, MD,

...S. Currency, Baltimore, MD, ...AKA Garrison, Christophe Dedric ...one, 01/11/07

...S. Currency, Baltimore, MD, ...on David, 01/09/07

...S. Currency, Baltimore, MD, Bunch, ...J. AKA Bunch, Keenan Jamal AKA

...J.S. Currency, Whitehall, MD, Price,

...J.S. Currency, Baltimore, MD, May,

...S. Currency, Baltimore, MD, Harrod, ...AKA Harrod, Calvin Napoleon AKA ...1/07

...S. Currency, Baltimore, MD, ...jerald, Lywanda Samantha,

...S. Currency, Baltimore, MD, ...on, Shane Roland AKA Anderson,

...S. Currency, Baltimore, MD, ...n Jr., Granville Barclay AKA Dodson ...lson Jr., Granville Barclay AKA

...S. Currency, Baltimore, MD, ...s, Wayne Orlando AKA Philpots,

...J.S. Currency, Baltimore, MD, ...07

...HIGAN

...Union Money Orders, VL: ...743, 08-671162746, 08- ...3-663632276, 08-663632579, 08- ...08-668197155, Detroit, MI, Cruz,

...J.S. Currency, Dearborn, MI, Aoun,

Money Orders, Ser Nos 08-555516663; 08-555516664; 08-606870835; 05-644714672; 08-644714673; 08-623040989; 08-623040990; 08-611299561; 08-611299562, Albuquerque, NM Haughton, Ishmael Antony, 01/21/07

**07-DEA-479234,** 2004 Jeep Liberty, 1J4GL48K64W260578, Rio Puerco, NM, Ruiz-Arellano, Sergio, 02/01/07

DISTRICT OF NEVADA

**07-DEA-477319,** $11,205.00 U.S. Currency, Las Vegas, NV Nixon, Zaneta Mahealani, 12/12/06

**07-DEA-477327,** $10,300.00 U.S. Currency, Las Vegas, NV Torres, Rachel Kailani, 12/12/06

**07-DEA-478649,** $830.00 U.S. Currency, Sparks, NV, Aguas Rudolfo, 01/18/07

EASTERN DISTRICT OF NEW YORK

**07-DEA-478449,** $46,950.00 U.S. Currency, Fresh Meadows, NY, Amaya, Alexander, 01/19/07

**07-DEA-478602,** $11,430.00 U.S. Currency, Glen Oaks, NY Petrone, Joseph, 01/21/07

**07-DEA-478776,** $9,890.00 U.S. Currency, East Elmhurst, NY, Mendez, William Humberto, 01/11/07

**07-DEA-478777,** $39,730.00 U.S. Currency, Bayside, NY, Fire Oscar, 01/26/07

**07-DEA-478779,** $16,730.00 U.S. Currency, East Elmhurst, NY Mendez, William Humberto, 01/11/07

**07-DEA-478784,** $84,650.00 U.S. Currency, East Elmhurst, NY Mendez, William Humberto, 01/11/07

**07-DEA-478791,** $19,650.00 U.S. Currency, Whitestone, NY, Acosta-Olaya, Gabriel, 01/17/07

**07-DEA-478816,** $5,062.00 U.S. Currency, Little Neck, NY, Lam Yu Fei, 01/24/07

**07-DEA-478903,** 2003 Nissan Altima, 1N4AL11D83C183787, Fresh Meadows, NY, Amaya, Alexander, 01/19/07

**07-DEA-478933,** 1996 Acura RL, JH4KA9653TC006566, Jamaica, NY, Bravo-Calderon, Peter F., 01/18/07

**07-DEA-478939,** 2005 Porche Cayanne, WP1AB29P75LA61602, Flushing, NY, Lam, Yu Fei, 01/24/07

**07-DEA-479104,** $6,000.00 U.S. Currency, Jamaica, NY, Brown, Gregory, 01/30/07

**07-DEA-479126,** $36,292.00 U.S. Currency, Queens, NY, Abruzzo, Vincent, 01/08/07

NORTHERN DISTRICT OF NEW YORK

**07-DEA-478496,** $5,880.00 U.S. Currency, Hogansburg, NY, Montour, Kane T., 01/16/07

**07-DEA-478950,** $7,850.00 U.S. Currency, Glens Falls, NY Parker, Gregory, 01/11/07

**07-DEA-478960,** $5,271.00 U.S. Currency, Glens Falls, NY, Parker, Rose, 01/11/07

**07-DEA-479134,** $2,150.00 U.S. Currency, Lake George, NY, O'Dell, Terry, 01/17/07

SOUTHERN DISTRICT OF NEW YORK

**07-DEA-478932,** $23,422.25 U.S. Currency, Newburgh, NY, Brophy, William M., 01/31/07

**07-DEA-479133,** $17,858.00 U.S. Currency, New York, NY, Day, Gregory, 01/09/07

NORTHERN DISTRICT OF OHIO

**07-DEA-478557,** $17,034.00 U.S. Currency, Cleveland, OH Henderson, Carl AKA Campbell, Raylorce AKA Campbell, Tyran AKA Fisher, Devon AKA Henderson, Carl B. AKA Henderson, Carl Bernard AKA Henderson, Dola AKA Lo, Ray AKA Williams Anthony D. and Madden, Tekora AKA Madden, Jokora AKA Madden, Tekora Sharice, 01/11/07

**07-DEA-478644,** 2002 Chevrolet Venture, 1GNDX03E22D193877, Maple Heights, OH, Taylor, Gerald AKA James, Gerald AKA Taylor, Gerald Jason AKA Taylor, Jason Gerald AKA James, Gerald Jason and Henderson, Carl AKA Campbell, Raylorce AKA Campbell, Tyran AKA Fisher, Devon AKA Henderson, Carl B. AKA Henderson, Carl Bernard AKA Henderson, Dola AKA Lo, Ray AKA Williams, Anthony D., 01/11/07

**07-DEA-478656,** $39,871.00 U.S. Currency, Seven Hills, OH, Madden, Tekora AKA Madden, Jokora AKA Madden, Tekora Sharice and Henderson, Carl AKA Campbell, Raylorce AKA Campbell, Tyran AKA Fisher, Devon AKA Henderson, Carl B. AKA Henderson, Carl Bernard AKA Henderson, Dola AKA Lo, Ray AKA Williams, Anthony D., 01/11/07

**07-DEA-478707,** $50,020.00 U.S. Currency, Cleveland, OH, Jones, Clinique AKA Jones, Connie, 01/12/07

**07-DEA-478716,** $29,050.00 U.S. Currency, Cleveland, OH, Jones, Clinique AKA Jones, Connie, 01/12/07

**07-DEA-478736,** $8,569.00 U.S. Currency, Warren, OH, Canty Jr., John H. AKA Canty Jr., John Houston AKA Canty, John AKA Canty, John H. AKA Canty John Houston AKA Canty, John Huston AKA Canty, Yankee AKA Smith-Canty, John AKA Smith, John, 01/24/07

**07-DEA-478758,** $2,484.00 U.S. Currency, Cleveland, OH, Escott, Rico AKA Escott, Rico D. AKA Escott, Rico Dwayne, 01/26/07

EASTERN DISTRICT OF PENNSYLVANIA

**07-DEA-478480,** $11,264.00 U.S. Currency, Philadelphia, PA, Trinh, Phong, 01/12/07

**07-DEA-478510,** $7,534.00 U.S. Currency, Philadelphia, PA, Trinh, Phong, 01/12/07

**07-DEA-478956,** $6,260.00 U.S. Currency, Philadelphia, PA, Lam, Chuong AKA Sau, 01/23/07

MIDDLE DISTRICT OF PENNSYLVANIA

**07-DEA-479008,** $3,020.00 U.S. Currency, Hazleton, PA, Peralta, Carlos AKA Lora, Rafael, 01/05/07

WESTERN DISTRICT OF PENNSYLVANIA

**07-DEA-476356,** $60,752.00 U.S. Currency, Pittsburgh, PA, Hatten, Larry, 11/20/06

**07-DEA-476427,** Daewoo Model DH40 .40 Caliber Handgun, Ser No DA000441, VL: $170.00, Pittsburgh, PA, Hatten, Larry, 11/21/06

DISTRICT OF PUERTO RICO

**07-DEA-478419,** RG Premier Bank, Account #2101003222, VL: $127,253.95, Hato Rey, PR, Valdivieso-Rodriguez, Alfred, 12/29/06

DISTRICT OF SOUTH CAROLINA

**07-DEA-478611,** $23,000.00 U.S. Currency, Duncan, SC, Jones, Howard C., 01/26/07

MIDDLE DISTRICT OF TENNESSEE

**07-DEA-477447,** $489,038.00 U.S. Currency, Franklin, TN, Rivas-Najera, Alejandro AKA Najera-Rivas, Alejandro, 10/18/06

**07-DEA-478458,** $275,000.00 U.S. Currency, Only, TN, Diop, Ibrahima and Konate, Ali, 01/22/07

WESTERN DISTRICT OF TENNESSEE

**07-DEA-478532,** $12,500.00 U.S. Currency, Memphis, TN, Bell, David Edward, 01/22/07

**07-DEA-479914,** $15,467.00 U.S. Currency, Memphis, TN, McSwine Jr., Fred, 01/10/07

**07-DEA-479411,** Assorted Electronic Equipment, VL: $5,622.01, (1) 40" Sony LCD Digital HDTV, Ser No 8073370; (1) Sony Soundbar with 5 disc changer, Ser No 141308; (1) Toshiba Laptop ...

C...reski, Jason E., 01/31/07

**07-DEA-479038,** 2002 Dodge Ram 1500 Quad Cab Pickup Truck, 1D7HA18N32S611150, Milwaukee, WI, Darnell, Tewan L., 01/24/07

**07-DEA-479051,** 2001 GMC Denali 1/2 Ton SUV 1GKFK66UX1J220294, Milwaukee, WI, Cross, Marvin Ladale, 01/24/07

**07-DEA-479053,** 1975 Buick Lesabre Convertible, 4P67J5Y125341, Milwaukee, WI, Cross, Marvin Ladale, 01/24/07

WESTERN DISTRICT OF WISCONSIN

**07-DEA-477984,** $2,491.54 U.S. Currency, Sparta, WI, Phillips, Travis J., 01/08/07

**07-DEA-478101,** $2,010.00 U.S. Currency, Madison, WI, Thomas, Marcus, 01/10/07

**07-DEA-478105,** $5,000.00 U.S. Currency, Madison, WI, Thomas, Mary, 01/10/07

**07-DEA-478495,** $37,650.00 U.S. Currency, Madison, WI Stauffacher, Kari, 01/23/07

**07-DEA-478515,** $14,160.00 U.S. Currency, Tomah, WI, Willard Penn A., 01/23/07

NORTHERN DISTRICT OF WEST VIRGINIA

**07-DEA-478571,** $11,001.00 U.S. Currency, Aggregates, WV White, Christina K., 01/04/07

SECOND NOTICE
LAST DATE TO FILE APRIL 19, 2007
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA

**07-DEA-478200,** $331,179.00 U.S. Currency, Wasilla, AK, Mcllvain, Patrick Norris, 01/09/07

**07-DEA-478388,** Assorted Firearms, VL: $3,315.00, (1) .500 Caliber Smith & Wesson 500 Pistol, Ser No CJE8043; (1) .45 Caliber Rucer P-97, Ser No 663-46009; (1) .223 Caliber Olympic Arms AR-15/variant rifle, Ser No JJ0615; (1) .22 Caliber, 572 Remington, Pump Action Rifle, Ser No 1841845; (1) .45 Caliber carbine variant, Auto Ordnance Corporation Thompson Semi-Auto, Ser No KA0808; (1) Remington 870 Express 12 Gauge pump-action, pistol grip, Ser No C028072M; (1) Remington 870 Express 12 Gauge Marine Magnum pump-action, Ser No D314490M; (1) Marlin 60, Semi-auto .22 Caliber, rifle (tube magazine), Ser No 21572706; (1) Remington 700, bolt-action rifle, .300 ultra magazine .300 Caliber, Ser No E6558504; (1) Marlin 1895-G .45-70 caliber lever action tube magazine, Ser No 99029659; (1) Rossi 41225 (interchangeable .410 Guage and .22 Caliber rifle Barrels, Ser No AP014671; (1) Rossi 41225 (interchangeable .410 guage and .22 caliber rifle barrels, Ser No AP016794, Wasilla, AK, Mcllvain, Patrick Norris and Ross, Rachel Hillary, 01/12/07

**07-DEA-478460,** 2002 Suzuki 300F King Quad 4 Wheeler, JSAAM43A922106615, Wasilla, AK, Mcllvain, Patrick Norris, 01/11/07

**07-DEA-478465,** 2005 Dodge Ram 1500 Swept SRT-10 Truck 3D7HA16H15G858895, Wasilla, AK, Mcllvain, Patrick Norris, 01/11/07

**07-DEA-478466,** 1995 Chevrolet Pickup Diesel 4x4, 1GCHK39F0SE152341, Wasilla, AK, Mcllvain, Patrick Norris, 01/11/07

**07-DEA-478467,** Arctic Cat Snowmachine Mountain Cat 800, 4UF03SNW83T159845, Wasilla, AK, Mcllvain, Patrick Norris, 01/11/07

**07-DEA-478469,** 2003 Forest River Cargo Mate 24 Ft. Enclosed Trailer, 4X4TSED223U202233, Wasilla, AK, Mcllvain, Patrick Norris, 01/11/07

**07-DEA-478522,** Arctic Cat Snowmachine M6, 4UF05SNW25T133495, Wasilla, AK, Mcllvain, Patrick Norris, 01/11/07

**07-DEA-478528,** 1985 F-350 Pickup, 2FTJW3613FCA49358 Wasilla, AK, Mcllvain, Patrick Norris, 01/11/07

**07-DEA-478535,** Arctic Cat Snow Machines M7, 4UF06SNW46T112128, Wasilla, AK, Ross, Rachel Hilary 01/11/07

**07-DEA-478540,** (2) Rolex Watches, VL: $13,200.00, (1) Ladies two toned Rolex Watch w/silver jubilee and diamond bezel, Ser No 179173/3JB7213, and (1) Stainless Steel Rolex Watch w/blue roman dial, Ser No R16220A63B7836, Wasilla, AK, Mcllvain, Patrick Norris and Ross, Rachel Hilary, 01/11/07

MIDDLE DISTRICT OF ALABAMA

**07-DEA-478081,** $31,200.00 U.S. Currency, Montgomery, AL, Green, Michael, 01/11/07

**07-DEA-478361,** Miscellaneous Chemicals, VL: $2,746.80, (45) Boxes of Ephedrine @ $12.99 each; (6) Boxes of Max Brand Pseudoephedrine @ $29.99 each; (64) Boxes of Bronch-eze @ $14.99 each; (85) Packs of Ephedrina Extra @ 4.99 each; (35) Packs of Ephedrine Extra Max Strength @ 4.99 each; (85) Packs of Extra Strength Ephedrine @ $4.99 each, Huntsville, AL, Discount Express #4, 01/03/07

NORTHERN DISTRICT OF ALABAMA

**07-DEA-478280,** Assorted Drug Paraphernalia, VL: $717.88, (7) Boxes of Love Roses containing 36 each; (2) Boxes of Glass Tubes containing a total of 39 tubes; (2) Boxes of Happy Face Pens containing a total of 44, (2) Boxes of Chore Boy containing a total of 47, Huntsville, AL, Discount Express #4, 01/03/07

**07-DEA-478342,** 2003 Ford Expedition XLT, 1FMRU15W53LA89626, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07

**07-DEA-478367,** 2007 Cen Tex Utility Trailer, 6 X 16 5RHCT162X7H004354, Birmingham, AL, Pulido-Sanchez, Rafael 01/10/07

**07-DEA-478375,** 1997 Nissan Frontier pick-up truck, 1N6SD11S5VC368695, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07

**07-DEA-478477,** $23,025.00 U.S. Currency, Tuscumbia, AL, Dill, Jason, 12/20/06

**07-DEA-478488,** $4,020.00 U.S. Currency, Russellville, AL, Carbajal, Alejandro, 12/21/06

DISTRICT OF ARIZONA

**06-DEA-467908,** $215,970.00 U.S. Currency, Tucson, AZ, Ulloa Jr., Benjamin, 05/10/06

**07-DEA-478110,** $9,000.00 U.S. Currency, Tuba City, AZ, Lopez-Gutierrez, Eduardo, 12/28/06

**07-DEA-478142,** $21,226.00 U.S. Currency, Tucson, AZ, Algandar-Acosta, Humberto and Alcantar, Antonio and Ames-Barajas, Juan Francisco, 12/29/06

**07-DEA-478588,** 1979 Cessna Aircraft Model 172N, Tail Number N6616D, Ser No 17272003, Model No 52135436, St. Johns, AZ, Erland, Gary Thomas, 01/11/07

**07-DEA-478623,** $36,200.00 U.S. Currency, Phoenix, AZ, Willis, Anthony Ray, 01/17/07

**07-DEA-478780,** 1999 Hyundai Sonata GL KMHWF25V5XA036694, Tucson, AZ, Cota-Cota, Jesus Manuel, 01/16/07

**07-DEA-478872,** (3) Assorted Jewelry, VL: $27,300.00, (1) Gents ...

2FTRX18W63CB05254, Margate, FL, Vernet, Prospere, 12/12/06

**07-DEA-478046,** 2000 Honda Accord, 1HGCG1657YA099277, Sunrise, FL, Baptiste, Gary J., 12/12/06

**07-DEA-478048,** 2000 Mercedes-Benz S430V WDBNG70J0YA113678, Sunrise, FL, Baptiste, Gary J., 12/12/06

**07-DEA-478064,** $43,200.00 U.S. Currency, Sunrise, FL, Lam, Linh Hung, 01/06/07

**07-DEA-478071,** 2004 AM General Hummer H2, 5GRGN23U84H109676, Margate, FL, Vernet, Prospere, 12/12/06

**07-DEA-478096,** 2005 Honda Accord, 1HGCM56885A068723, Lauderhill, FL, Monestime, Luckner, 12/12/06

**07-DEA-478102,** 2004 Ford Explorer Sport Trac 1FMZU67K74UB03129, Pompano Beach, FL, Dubon, Mickey AKA Dubon, Mickey, 12/12/06

**07-DEA-478192,** 2003 Ford F-150 Lariat Supercrew, 1FTRW07583KD09668, Miami, FL, Bosnia-Moghaddam, Kurosh 01/09/07

**07-DEA-478225,** $2,300.00 U.S. Currency, Miami, FL, Cortes Vargas, Ricardo, 01/11/07

**07-DEA-478263,** $295,969.00 U.S. Currency, Miami, FL, Oid Juan, 01/16/07

MIDDLE DISTRICT OF GEORGIA

**07-DEA-475706,** $2,472.00 U.S. Currency, Athens, GA, Muckle, Orlando Ramon AKA Muckle, Orlando AKA Lando, 10/24/06

**07-DEA-477969,** $13,159.00 U.S. Currency, Omega, GA, Walker, Anthony, 12/19/06

**07-DEA-477971,** $12,271.00 U.S. Currency, Tifton, GA, Roysler, Leonard and Royster, Diane, 12/19/06

**07-DEA-478298,** $3,970.00 U.S. Currency, Columbus, GA, Cobb, Terrell Marquency, 01/18/07

**07-DEA-478429,** $5,000.00 U.S. Currency, Greensboro, GA, Pinckney, Demeian Lamont and Floyd, Jormako Dalonzo, 01/11/07

**07-DEA-478850,** $49,960.00 U.S. Currency, Madison, GA, Drummings, Schuyler Ray, 01/16/07

**07-DEA-478853,** $5,000.00 U.S. Currency, Madison, GA, Jaimez, Victela, 01/04/07

**07-DEA-478860,** $1,832.00 U.S. Currency, Madison, GA, Valdez-Elias, Elbo, 01/04/07

**07-DEA-478869,** $25,000.00 U.S. Currency, Valdosta, GA, Corostieta, Jose and Benitez, Juan Castellan and Vera, Apolinar, 01/12/07

**07-DEA-478972,** $13,100.00 U.S. Currency, Jackson, GA, Walters, Julian G., 01/22/07

NORTHERN DISTRICT OF GEORGIA

**07-DEA-477952,** $29,229.00 U.S. Currency, Alpharetta, GA Wheat, Kasey D., 12/21/06

**07-DEA-478116,** $4,131.00 U.S. Currency, LaGrange, GA, Mata, Perla Rocio, 01/09/07

**07-DEA-478118,** $3,800.00 U.S. Currency, LaGrange, GA, Medina, Cindy Arena AKA Gonzalez, Arely Medina, 01/09/07

**07-DEA-478216,** $10,172.00 U.S. Currency, Stockbridge, GA, Miranda-Juarez, Javier, 01/17/07

**07-DEA-478217,** (8) Assorted Electronic Equipment, VL: $6,064.87, (1) Sony PlayStation 3-60GB & Accessories, Ser No CE126162019; (1) Sony PlayStation 2 Console Bundle, Model #SCPH-70012, Ser No FS2932141; (1) Toshiba Laptop Computer with Computer Bag, Model #M115-S3094, Ser No Y6183906Q; (1) Sony DVD Player/CD Changer, Model #DVP-NC665P, Ser No 2101109; (1) Sony Digital Audio/Video Control Ctr. with cables, Model #STR-K850P, Ser No 8869578; (1) 60" Sony TV with cables & Silver Stand, Model #KF-60WE610, Ser No 9002859; (1) Nortech portable DVD player, Model #E-DVKiT003, Ser No ML607044484; (1) 20" Emerson Television with cables, Model #EWL20D6, Ser No J16625071, Austell, GA, James, Jeneiro Lamar AKA Bailey, Kevin Marlon AKA Greer, Daryl Lamont AKA Major, Roger D. AKA Mitchell, Don Carlos, 01/03/07

**07-DEA-478226,** $14,000.00 U.S. Currency, Locust Grove, GA, Whitten, Breck Marquette and Thorpe Jr., Harold Keith, 01/17/07

**07-DEA-478283,** $8,965.00 U.S. Currency, Locust Grove, GA, Stovall, Ryan James, 01/17/07

**07-DEA-478289,** $3,510.00 U.S. Currency, Locust Grove, GA, Whitten, Breck Marquette, 01/17/07

**07-DEA-478547,** $3,730.00 U.S. Currency, Stockbridge, GA, Thomas, Akebo Tucum, 01/19/07

**07-DEA-478596,** 2001 Acura 3.2 CL, 19UYA42791A015577, Braselton, GA, Muhammad, Walterlee Rajai AKA Muhammad, Rajai Walterlee AKA Muhammad, Walter Lee, 01/25/07

**07-DEA-478817,** $16,053.00 U.S. Currency, Atlanta, GA, Woods, Marvin Timothy AKA Clark, Anthony, 01/05/07

**07-DEA-478911,** $16,500.00 U.S. Currency, Lawrenceville, GA, Mercado-Diaz, Ramon, 01/25/07

SOUTHERN DISTRICT OF GEORGIA

**07-DEA-478350,** 2001 Cadillac Deville Sedan, 1G6KD54Y41U228218, Augusta, GA, Dent Jr., Donald Demetrius, 01/10/07

**07-DEA-478354,** 1996 Chevrolet Tahoe C1500 SUV, 1GNEC13R4TJ351349, Augusta, GA, Dent Jr., Donald Demetrius, 01/10/07

**07-DEA-478737,** $3,790.00 U.S. Currency, Savannah, GA, Martin, Randy Antonio, 01/23/07

NORTHERN DISTRICT OF IOWA

**07-DEA-478256,** $33,600.00 U.S. Currency, Sioux City, IA, Morelos, Thomas Michael, 01/05/07

**07-DEA-478314,** $1,000.00 U.S. Currency, Sioux City, IA, Bernal, Jose Antonio and Swearingen, Christy Lynn, 01/04/07

**07-DEA-478324,** $1,200.00 U.S. Currency, Sioux City, IA, Bernal, Jose Antonio and Swearingen, Christy Lynn, 01/04/07

CENTRAL DISTRICT OF ILLINOIS

**07-DEA-478918,** 2003 Lexus LS430, JTHBN30F830113620, Chatham, IL, Thompson, Michael E., 01/25/07

NORTHERN DISTRICT OF ILLINOIS

**07-DEA-477573,** $69,863.00 U.S. Currency, Elmhurst, IL, Santamaria-Lorenzana, Sandra, 12/13/06

**07-DEA-478563,** 2004 Jeep Grand Cherokee, 1J8GW58J34C146171, Kankakee, IL, Cobb, Michelle, 12/31/06

**07-DEA-478742,** 2002 GMC Sierra 2500 HD Pickup Truck, 1GTHK29UX2Z132759, Burnham, IL, Garcia, Juana, 01/26/07

**07-DEA-478748,** 2000 Honda Accord Sedan EX, 1HGCG1650YA088296, Burnham, IL, Garcia, Juana, 01/26/07

SOUTHERN DISTRICT OF INDIANA

**07-DEA-478600,** 2005 Nissan Altima, 1N4AL11D25C229374, Lebanon, IN, Gonzalez, Luis, 01/12/07

**07-DEA-478685,** 2002 Cadillac Escalade, 3GYEK63N72G235563, Indianapolis, IN, Kern, Kristi, 01/19/07

**07-DEA-478931,** 2007 Forest River Tandem Trailer, 5NHUHA2247W047602, Indianapolis, IN, Soto, Eden, 01/19/07

DISTRICT OF KANSAS

**07-DEA-477899,** $409,300.00 U.S. Currency, Emporia, KS, ..., Harley D. AKA ..., Jimmy, 01/08/07

**07-DEA-478501,** $38,900.00 U.S. Currency, Kansas City, KS, Garnez, Gerardo G. and Regalado, Ricardo, 01/23/07

EASTERN DISTRICT OF KENTUCKY

**07-DEA-478287,** $5,...00 U.S. Currency, Richmond, KY, ...

Rolex Submariner-18 kt. Gold, Ser No S210732; (1) Rolex Presidential Watch Band/18 kt. Yellow Gold, Ser No N/A; (1) Wood/Glass Watch Winder/Display Case, Ser No N/A, (1) Rolex Presidential 18 kt. Yellow Gold Diamond & Aftermarket Bracelet, Ser No 9451201; (1) Rolex Yachtmaster & Box-18 kt. Yellow Gold Stainless Steel-White Dial, Ser No D247807; (1) Rolex Daytona 18 kt. Solid Yellow Gold & Box, Ser No Y963974, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07

**07-DEA-478680,** 2005 Lexus LS430, JTHBN36F050178505, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07

**07-DEA-478693,** 2007 Ford Mustang GT500, 1ZVHT88S375256531, Wilmington, NC, Russo, Andrew Thomas, 01/11/07

**07-DEA-478695,** 2007 Cadillac Escalade, 1GYFK63857R249080, Wilmington, NC, Russo, Andrew Thomas, 01/11/07

**07-DEA-478701,** EZ-GO Golf Cart with Charger/Rims/Top, Ser No 2197098, VL: $3,000.00, Wilmington, NC, Russo, Andrew Thomas, 01/11/07

**07-DEA-478703,** Assorted Electronic Equipment, VL: $19,600.00, (1) B&W Speaker: Model FPM5, Ser No 0010192, (1) B&W Speaker: Model FPM5, Ser No 0009692; (1) B&W Speaker: Model FPM5, Ser No 0013333; (1) Sony SXRD Home Theater Projector: Model VPL-VW100, Ser No 2003715; (1) Pioneer Elite Pro-1010HD 50" Plasma TV, Ser No D1PM000393UC; (1) Pioneer Elite Pro-1410HD 61" Plasma TV, Ser No DINF000273UC; (1) Monster Power Surge Protector, Model HTS1600, Ser No 01060428385, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07

**07-DEA-478706,** 1983 Oldsmobile Cutlass Hurst 15th Anniversary, 1G3AK4790DM414243, Wilmington, NC, Russo, Andrew Thomas, 01/11/07

**07-DEA-478708,** 2006 Chevrolet Corvette Z06 Coupe, 1G1YY26E965112855, Wilmington, NC, Russo, Andrew Thomas, 01/11/07

**07-DEA-478898,** 2006 Mercedes Benz ML 500, 4JGBB75E66A139385, Wilmington, NC, Leborgne, Dennis, 01/11/07

**07-DEA-478900,** 2005 Chrysler Crossfire, 1C3AN55L35X046612, Wilmington, NC, Leborgne, Dennis, 01/11/07

MIDDLE DISTRICT OF NORTH CAROLINA

**07-DEA-478066,** $13,760.00 U.S. Currency, Winston Salem, NC, Salinas, Margarita Gonzalez, 01/11/07

**07-DEA-478236,** 1999 Sun Valley Car Hauler, 1S9C85323XP297405, Lexington, NC, Gonzalez, Victor Hugo, 01/12/07

**07-DEA-478421,** $12,870.00 U.S. Currency, Sanford, NC, Gilmore, Dennis Elbert AKA Gilmore, Dennis Albert, 01/19/07

**07-DEA-478436,** $9,000.00 U.S. Currency, Greensboro, NC, Mack, Anthony, 01/22/07

**07-DEA-478682,** $19,740.00 U.S. Currency, Carrboro, NC, Falla, Carlos Humberto Catalan, 01/26/07

**07-DEA-478771,** $22,000.00 U.S. Currency, Carrboro, NC, Lane III, James Crawford, 01/22/07

**07-DEA-478773,** 2003 Cadillac Deville DTS, 1G6KF57913U165483, Carrboro, NC, Lane III, James Crawford, 01/22/07

**07-DEA-478785,** $13,500.00 U.S. Currency, Asheboro, NC, Rosas, Jose Fransisco, 01/30/07

**07-DEA-478938,** $15,000.00 U.S. Currency, Greensboro, NC, Clark, Katris Lynette, 01/31/07

**07-DEA-478969,** $3,107.00 U.S. Currency, Archdale, NC, Phillips, Carl Tyrone, 01/31/07

WESTERN DISTRICT OF NORTH CAROLINA

**07-DEA-478197,** 2003 Land Rover Freelander SE, SALNY22273A258791, Charlotte, NC, Alroy, Garrett Johnathan, 01/11/07

**07-DEA-478308,** $5,508.00 U.S. Currency, Charlotte, NC Medrano, Jaime Alexander AKA Sevilla, Jimy Alexander, 01/10/07

**07-DEA-478389,** 2005 Cadillac Escalade, 1GYEK63NX5R175959, Morganton, NC, Hunt IV, James Stone, 12/26/06

DISTRICT OF NEBRASKA

**07-DEA-478094,** 1996 Mercedes-Benz, WDBGA33E2TA323001, Douglas County, NE, Jajo, Amin, 01/11/07

**07-DEA-478262,** Homemade Livestock Trailer, Ser No none, Hubbard, NE, Valdivinos, Marcos, 01/05/07

**07-DEA-478284,** 1996 Toyota Camry, 4T1BG12K1TU712695 Hamilton County, NE, Anaye-Zepeda, Jose, 01/16/07

**07-DEA-478299,** 1999 Chevrolet Silverado Pickup, 1GCEK19T2XE168027, Buffalo County, NE, Parsons, Matthew, 01/16/07

**07-DEA-478447,** $100,000.00 U.S. Currency, Douglas County, NE, Denkha, Amir and Yousif, Antar Jamil, 01/23/07

DISTRICT OF NEW HAMPSHIRE

**07-DEA-478505,** $4,307.00 U.S. Currency, Salem, NH, Ayats, Jadira and Gomez, Junior, 01/24/07

DISTRICT OF NEW JERSEY

**07-DEA-478487,** 2000 Honda Accord LX, 1HGCG6652YA059752, Jersey City, NJ, Camejo-Diaz, Fernando Ramon, 01/17/07

DISTRICT OF NEW MEXICO

**07-DEA-478329,** $207,016.00 U.S. Currency, Albuquerque, NM, Diaz-Angulo, Rogelio Arturo, 01/18/07

**07-DEA-478410,** $8,900.00 U.S. Currency, Alamogordo, NM, Stewart, Branden, 01/22/07

**07-DEA-478663,** 2003 Ford Taurus, 1FAFP55U83G212273, Albuquerque, NM, Beltran-Felix, Alejandro, 01/23/07

**07-DEA-478767,** 2001 Lincoln Navigator, 5LMFU28A61LJ05528, Gallup, NM, Gonzalez, Elvis, 01/22/07

**07-DEA-479100,** 1999 Ford Explorer SUV 1FMZU34X8XZA42521, Albuquerque, NM, Collazo, Miguel Angel, 02/03/07

DISTRICT OF NEVADA

**07-DEA-478678,** $4,000.00 U.S. Currency, Sparks, NV, Aguas, Rudolfo, 01/18/07

**07-DEA-478764,** $270,800.00 U.S. Currency, Las Vegas, NV, Manor Jr., Richard Charles, 01/09/07

**07-DEA-478897,** 2005 Chrysler Pacifica, 2C4GM68435R371325, Las Vegas, NV, Manor Jr., Richard Charles, 01/09/07

EASTERN DISTRICT OF NEW YORK

**06-DEA-469342,** $22,000.00 U.S. Currency, Hicksville, NY, Gomez, Ricardo Antonio, 06/15/06

**07-DEA-477823,** (2) Assorted Weapons, VL: $494.00, (1) Harrington & Richard Topper M48 Sawed-Off, Ser No Obliterated; (1) Smith & Wesson 38 Caliber, Ser No J774459, Staten Island, NY, Bruno, Nicholas, 12/12/06

**07-DEA-477865,** 2001 Chrysler Town & Country Van, 2C8GP14G61R104816, Brooklyn, NY, Blackwood, Philip, ...

March 19, 2007 THE WALL STREET JOURNAL. FAX: 214.640.7900 ADVERTISING.WSJ.COM
EE MW SW WE

PUBLIC NOTICES

# DEA LEGAL NOTICE CONTINUED

**07-DEA-478991**, $139,020.00 U.S. Currency, Sierra Blanca, TX, Hong, June Young, 01/26/07
**07-DEA-478997**, $3,000.00 U.S. Currency, Sierra Blanca, TX, Hong, June Young, 01/26/07
**07-DEA-479019**, 2006 Dodge 2500 SLT Spon, 1D7HA16286J190072, El Paso, TX, Lopez-Saenz, Edgar Gonzalo, 01/29/07
**07-DEA-479057**, 1999 Chevrolet Tahoe SUV, 1GNEC13R2XJ384209, Eagle Pass, TX, Castro-Gomez, Carla, 01/28/07
**EASTERN DISTRICT OF VIRGINIA**
**07-DEA-478609**, 2005 Toyota Camry, 4T1BE30K75U615959, Ashburn, VA, Voght, Donald Eugene, 01/15/07
**WESTERN DISTRICT OF VIRGINIA**
**07-DEA-478511**, $8,000.00 U.S. Currency, Martinsville, VA, Hall, Kenneth Matthew AKA Cooper, Aaron AKA Cooper, Kevin AKA Do, Ken AKA Hall Jr., Kenneth Mack AKA Hull, Kenneth AKA Williams, Larry, 01/19/07
**DISTRICT OF VIRGIN ISLANDS**
**07-DEA-479384**, $2,767.00 U.S. Currency, Christiansted, VI, Davis, Laurisa, 02/02/07
**DISTRICT OF VERMONT**
**07-DEA-478634**, (7) U.S. Postal Money Orders, VL: $4,700.00, Ser Nos. 10379917416, 10379917405, 10398427198, 10398427200, 10398427211, 10398427222, 10370917427, South Hero, VT, Vanhazinga, John, 02/06/07
**07-DEA-478641**, $2,395.00 U.S. Currency, Springfield, VT, Heacy, Fred, 01/25/07
**EASTERN DISTRICT OF WASHINGTON**
**07-DEA-479258**, 2006 Toyota Sienna Van, 5TDBA22CX6S066666, Sunnyside, WA, Cruz-Hernandez, Alfonso, 01/25/07
**EASTERN DISTRICT OF WISCONSIN**
**07-DEA-477663**, $1,260.00 U.S. Currency, Elkhorn, WI, Norwich, Kimberly, 12/27/06
**07-DEA-478063**, $11,753.00 U.S. Currency, Green Bay, WI, Emery, Corvin L., 01/09/07
**07-DEA-478090**, $2,190.00 U.S. Currency, West Allis, WI, Kuttenbell, John Ernest, 01/11/07
**07-DEA-478259**, $2,286.00 U.S. Currency, Green Bay, WI, Weddles, Lonnia C., 01/18/07
**07-DEA-478548**, $9,598.00 U.S. Currency, Kenosha, WI, Diaz-Aviles, Gerardo, 01/12/07
**07-DEA-478549**, $3,185.00 U.S. Currency, Racine, WI, House, Charles H., 01/09/07
**07-DEA-478704**, Man's Rolex Oyster Perpetual Date 34 Watch, Ser No #P369397, VL: $5,350.00, Milwaukee, WI, Lanus-Garcia, Valentin, 01/13/07
**07-DEA-478744**, $9,971.00 U.S. Currency, Milwaukee, WI, Evans, Kurtis, 01/26/07
**07-DEA-478759**, $2,300.00 U.S. Currency, Muskego, WI, Brindowski, Michael D., 01/30/07
**07-DEA-478851**, $1,824.00 U.S. Currency, De Pere, WI, Longsworth, Earl J., 01/19/07
**07-DEA-478867**, $2,400.00 U.S. Currency, Milwaukee, WI, Gureski, Jason E., 01/31/07
**07-DEA-479038**, 2002 Dodge Ram 1500 Quad Cab Pickup Truck, 1D7HA18N32S541160, Milwaukee, WI, Darnell, Tewan L., 01/24/07
**07-DEA-479051**, 2001 GMC Denali 1/2 Ton SUV, 1GKFK66UX1J220294, Milwaukee, WI, Cross, Marvin Ladale, 01/24/07
**07-DEA-479053**, 1975 Buick Lesabre Convertible, 4P67J5Y125341, Milwaukee, WI, Cross, Marvin Ladale, 01/24/07
**WESTERN DISTRICT OF WISCONSIN**
**07-DEA-477984**, $2,491.54 U.S. Currency, Sparta, WI, Phillips, Travis J., 01/08/07
**07-DEA-478101**, $2,010.00 U.S. Currency, Madison, WI, Thomas, Marcus, 01/10/07
**07-DEA-478105**, $5,000.00 U.S. Currency, Madison, WI, Thomas, Mary, 01/10/07
**07-DEA-478495**, $57,650.00 U.S. Currency, Madison, WI, Stauffacher, Karl, 01/23/07
**07-DEA-478515**, $14,160.00 U.S. Currency, Tomah, WI, Willord, Ronni A., 01/23/07
**NORTHERN DISTRICT OF WEST VIRGINIA**
**07-DEA-478571**, $11,301.00 U.S. Currency, Aggregates, WV, White, Christina K., 01/04/07

**THIRD NOTICE**
**LAST DATE TO FILE APRIL 19, 2007**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
**07-DEA-478200**, $331,179.00 U.S. Currency, Wasilla, AK, Mcilvain, Patrick Norris, 01/09/07
**07-DEA-478388**, Assorted Firearms, VL: $3,315.00, (1) .500 Caliber Smith & Wesson 500 Pistol, Ser No ...; (1) Ladies two toned Rolex Watch w/silver jubilee and diamond bezel, Ser No 17917331JB7213; and (1) Stainless Steel Rolex Watch w/blue roman dial, Ser No R16220A63B7836, Wasilla, AK, Mcilvain, Patrick Norris and Ross, Rachel Hillary, 01/11/07
**MIDDLE DISTRICT OF ALABAMA**
**07-DEA-478081**, $31,200.00 U.S. Currency, Montgomery, AL, Green, Michael, 01/11/07
**07-DEA-478361**, Viscellaneous Chemicals, VL: $2,746.80, (45) Boxes of Ephedrine @ $12.99 each; (6) Boxes of Max Brand Pseudoephedrine @ $29.99 each; (64) Boxes of Bronch-eze @ $14.99 each; (85) Packs of Ephedrine Extra @ 4.99 each; (35) Packs of Ephedrine Extra Max Strength @ 4.99 each, (85) Packs of Extra Strength Ephedrine @ $4.99 each, Huntsville, AL, Discount Express #4, 01/03/07
**NORTHERN DISTRICT OF ALABAMA**
**07-DEA-478280**, Assorted Drug Paraphernalia, VL: $717.88, (7) Boxes of Love Roses containing 36 each; (2) Boxes of Glass Tubes containing a total of 39 tubes; (2) Boxes of Happy Face Pens containing a total of 44; (2) Boxes of Chore Boy containing a total of 47, Huntsville, AL, Discount Express #4, 01/03/07
**07-DEA-478342**, 2003 Ford Expedition XLT, 1FMPU15W53LA89626, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07
**07-DEA-478367**, 2007 Cen Tex Utility Trailer 6 X 16, 5RHCT162X7H004354, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07
**07-DEA-478375**, 1997 Nissan Frontier, pick-up truck, 1N6SD11S5VC368695, Birmingham, AL, Pulido-Sanchez, Rafael, 01/10/07
**07-DEA-478477**, $23,025.00 U.S. Currency, Tuscumbia, AL, Dill, Jason, 12/20/06
**07-DEA-478488**, $4,020.00 U.S. Currency, Russellville, AL, Carbajal, Alejandro, 12/21/06
**DISTRICT OF ARIZONA**

**07-DEA-478347**, $4,000.00 U.S. Currency, Gardena, CA, Clarke, Garfield R. AKA Anderson, Greg, 01/18/07
**07-DEA-478348**, $16,200.00 U.S. Currency, Los Angeles, CA, Flynn, Michelle Ann Marie, 01/18/07
**07-DEA-478415**, $27,900.00 U.S. Currency, Hawthorne, CA, Chevers, Randolph AKA Gray, Randall, 01/09/07
**07-DEA-478424**, $3,100.00 U.S. Currency, Inglewood, CA, Chevers, Randolph AKA Gray, Randall, 01/09/07
**07-DEA-478576**, 1999 Jeep Cherokee Classic Sport, 1J4FF68S3XL575360, Riverside, CA, Ayala, Antonio Pena, 01/06/07
**07-DEA-478577**, 1998 BMW 740IL, WBAGJ832XWDM15784, Riverside, CA, Ruiz, Carlos Romero, 01/06/07
**07-DEA-478578**, 1997 BMW 740IL, WBAGJ8326VDM01993, Riverside, CA, Ruiz, Carlos Romero, 01/06/07
**07-DEA-478580**, 2001 Ford Focus LX, 1FAFP33P11W270212, Riverside, CA, Ruiz, Carlos Romero, 01/06/07
**07-DEA-478581**, 2001 Ford Expedition XLT, 1FMRU15W11LA90494, Riverside, CA, Ruiz, Carlos Romero, 01/06/07
**07-DEA-478618**, $12,300.00 U.S. Currency, Northridge, CA, Estiandan M.D. Carlos, 01/12/07
**07-DEA-478662**, $530.00 U.S. Currency, Fontana, CA, Hernandez, Maria, 12/12/06
**07-DEA-478668**, $950.00 U.S. Currency, Fontana, CA, Hernandez Sr., Salvador, 12/12/06
**07-DEA-478794**, 2004 BMW 645CI Convertible WBAEK73494B322814, Highland, CA, Martinez III, Robert V., 12/12/06
**07-DEA-478801**, 2002 Chevrolet 1500 P/U Truck, 1GCGK29U82Z241250, Redlands, CA, Gonzales, Gino Ray, 12/12/06
**07-DEA-478802**, 50" Pioneer Plasma Television PDP502MX, VL: $7,999.00, Ser No UHSS100302NH, Redlands, CA, Gonzales, Gino Ray, 12/12/06
**NORTHERN DISTRICT OF CALIFORNIA**
**07-DEA-477833**, 2002 Honda CR250 Motorcycle, JH2ME03322M402274, Hayward, CA, Squier, Shon Matthew, 12/12/06
**07-DEA-477841**, 2004 Honda TRX Sportrax ATV, JH2AE03024K424072, Hayward, CA, Squier, Shon Matthew, 12/12/06
**07-DEA-477843**, 2006 Yamaha Raptor ATV, JY4AH12Y55C017368, Hayward, CA, Squier, Shon Matthew, 12/12/06
**07-DEA-477856**, $8,000.00 U.S. Currency, Oakland, CA, Stephenson, Donovan, 12/07/06
**07-DEA-478405**, $49,666.00 U.S. Currency, Healdsburg, CA, Noorda, Daniel Robert, 01/18/07
**07-DEA-478425**, $5,000.00 U.S. Currency, Healdsburg, CA, Goss, John, 01/18/07
**SOUTHERN DISTRICT OF CALIFORNIA**
**07-DEA-476952**, $91,140.00 U.S. Currency, Calexico, CA, Pena, Elisa Valenzuela and Hernandez, Raul Ledesma, 11/25/06
**07-DEA-477697**, $540,000.00 U.S. Currency, San Diego, CA, Acosta Larios, Javier, 01/11/07
**07-DEA-477698**, $934,770.00 U.S. Currency, La Jolla, CA, Acosta Larios, Javier, 01/11/07
**07-DEA-477808**, $4,901.00 U.S. Currency, San Diego, CA, Gonzalez, Jose Lopez, 01/04/07
**07-DEA-477809**, $900.00 U.S. Currency, Imperial Beach, CA, Lanum, Mark Everett, 01/03/07
**07-DEA-477993**, $1,187.00 U.S. Currency, San Diego, CA, Glover, Byron Curtis, 01/09/07
**07-DEA-477994**, $2,405.00 U.S. Currency, San Diego, CA, Wells, Reynard Lavelle, 01/09/07
**07-DEA-478121**, $3,873.00 U.S. Currency, San Diego, CA, Stevens, David Ronald, 01/12/07
**07-DEA-478255**, $1,879.00 U.S. Currency, San Diego, CA, Parida, David Montano, 01/17/07
**07-DEA-478448**, 2002 Chevrolet-Silverado Truck, 2GCEK19TX21359690, Holtville, CA, Cigarroa, Juan Angel, 01/04/07
**07-DEA-478454**, 2006 Special Construction Flatbed/Utility Trailer, CA1031053, Holtville, CA, Cigarroa, Juan Angel, 01/04/07
**DISTRICT OF COLORADO**
**07-DEA-478246**, 2005 Ford F-150, 1FTRF14W75KC41382, Fort Morgan, CO, Madrid-Mendoza, Jose E., 01/05/07
**DISTRICT OF CONNECTICUT**
**07-DEA-477837**, $2,303.05 U.S. Currency, Waterbury, CT, Bogardus, Johnny, 12/17/06
**07-DEA-478225**, Dan Wesson 715 .357 Magnum Revolver, Ser No 275905, VL: $625.00, Waterbury, CT, Barrett, Marc, 01/16/07
**MIDDLE DISTRICT OF FLORIDA**
**07-DEA-478064**, $43,200.00 U.S. Currency, Sunrise, FL, Lam, Linh Hung, 01/08/07
**07-DEA-478071**, 2004 AM General Hummer H2, 5GRGN23U84H109676, Margate, FL, Vernet, Prospere, 12/12/06
**07-DEA-478096**, 2005 Honda Accord, 1HGCM56885A086729, Lauderhill, FL, Monestine, Luckner, 12/12/06
**07-DEA-478102**, 2004 Ford Explorer Sport Trac, 1FMZU67K74UB03139, Pompano Beach, FL, Publien Mickey AKA Dubien, Mickey, 12/12/06
**07-DEA-478192**, 2003 Ford F-150 Lariat Supercrew, 1FTRW07663KD59668, Miami, FL, Bashiri-Moghaddam, Kurosh, 01/09/07
**07-DEA-478228**, $2,000.00 U.S. Currency, Miami, FL, Cortes Vargas, Ricardo, 01/11/07
**07-DEA-478263**, $295,868.00 U.S. Currency, Miami, FL, Cid, Juan, 01/16/07
**MIDDLE DISTRICT OF GEORGIA**
**07-DEA-475706**, $2,472.00 U.S. Currency, Athens, GA, Muckle, Orlando Ramon AKA Muckle, Orlando AKA Lando, 10/24/06
**07-DEA-477969**, $13,159.00 U.S. Currency, Omega, GA, Walker, Anthony, 12/19/06
**07-DEA-477971**, $12,271.00 U.S. Currency, Tifton, GA, Royster, Leonard and Royster, Diane, 12/19/06
**07-DEA-478298**, $3,970.00 U.S. Currency, Columbus, GA, Cobb, Terrell Marquincy, 01/18/07
**07-DEA-478429**, $5,000.00 U.S. Currency, Greensboro, GA, Pinckney, Demetan Lamont and Floyd, Jermako Delonzo, 01/11/07
**07-DEA-478850**, $49,260.00 U.S. Currency, Madison, GA, Drummings, Schuyler Ray, 01/16/07
**07-DEA-478853**, $5,000.00 U.S. Currency, Madison, GA, Jatroez, Violeta, 01/04/07
**07-DEA-478860**, $6,832.00 U.S. Currency, Madison, GA,

Walterlee Rajai AKA Muhammad, Rajai Walterlee AKA Muhammad, Walter Lee, 01/25/07
**07-DEA-478817**, $16,053.00 U.S. Currency, Atlanta, GA, Woods, Marvin Timothy AKA Clark, Anthony, 01/05/07
**07-DEA-478911**, $16,500.00 U.S. Currency, Lawrenceville, GA, Mercado-Diaz, Ramon, 01/25/07
**SOUTHERN DISTRICT OF GEORGIA**
**07-DEA-478350**, 2001 Cadillac Deville Sedan, 1G6KD54Y41U228218, Augusta, GA, Dent Jr., Donald Demetrius, 01/10/07
**07-DEA-478354**, 1996 Chevrolet Tahoe C1500 SUV, 1GNEC13R4TJ351349, Augusta, GA, Dent Jr., Donald Demetrius, 01/10/07
**07-DEA-478737**, $3,700.00 U.S. Currency, Savannah, GA, Manin, Randy Antonio, 01/23/07
**NORTHERN DISTRICT OF IOWA**
**07-DEA-478256**, $3,600.00 U.S. Currency, Sioux City, IA, Morelos, Thomas Michael, 01/05/07
**07-DEA-478314**, $1,000.00 U.S. Currency, Sioux City, IA, Bernal, Jose Antonio and Swearingen, Christy Lynn, 01/04/07
**07-DEA-478324**, $1,250.00 U.S. Currency, Sioux City, IA, Bernal, Jose Antonio and Swearingen, Christy Lynn, 01/04/07
**CENTRAL DISTRICT OF ILLINOIS**
**07-DEA-478918**, 2003 Lexus LS430, JTHBN30F830113620, Chatham, IL, Thompson, Michael E., 01/25/07
**NORTHERN DISTRICT OF ILLINOIS**
**07-DEA-477573**, $69,868.00 U.S. Currency, Elmhurst, IL, Santamaria-Lorenzana, Sandra, 12/13/06
**07-DEA-478563**, 2004 Jeep Grand Cherokee 1J8GW58J34C146171, Kankakee, IL, Cobb, Michelle, 12/31/06
**07-DEA-478742**, 2002 GMC Sierra 2500 HD Pickup Truck, 1GTHK29UX2Z132759, Burnham, IL, Garcia, Juana, 01/26/07
**07-DEA-478748**, 2000 Honda Accord Sedan EX, 1HGCG1650YA088296, Burnham, IL, Garcia, Juana, 01/26/07
**SOUTHERN DISTRICT OF INDIANA**
**07-DEA-478600**, 2005 Nissan Altima, 1N4AL11D25C229374, Lebanon, IN, Gonzalez, Luis, 01/12/07
**07-DEA-478885**, 2002 Cadillac Escalade, 3GYEK63N72G235563, Indianapolis, IN, Kern, Kristi, 01/13/07
**07-DEA-478931**, 2007 Forest River Tandem Trailer, 5NHUHA2247W047602, Indianapolis, IN, Soto, Eden, 01/19/07
**DISTRICT OF KANSAS**
**07-DEA-477899**, $480,300.00 U.S. Currency, Emporia, KS, Bailey, Harley D. AKA Trice, Jimmy, 01/08/07
**07-DEA-478501**, $38,900.00 U.S. Currency, Kansas City, KS, Gamez, Gerardo G. and Regalado, Ricardo, 01/23/07
**EASTERN DISTRICT OF KENTUCKY**
**07-DEA-478287**, $5,038.00 U.S. Currency, Richmond, KY, Matthews, Moss G., 01/12/07
**07-DEA-478292**, $26,466.00 U.S. Currency, Richmond, KY, Matthews, Moss G., 01/12/07
**07-DEA-478413**, $18,500.00 U.S. Currency, Lexington, KY, Ramirez-Ortega, Felix Luis, 01/18/07
**WESTERN DISTRICT OF KENTUCKY**
**07-DEA-478360**, $10,080.00 U.S. Currency, Russellville, KY, Cesar-Garcia, Julio, 01/19/07
**EASTERN DISTRICT OF LOUISIANA**
**07-DEA-478788**, $4,100.00 U.S. Currency, New Orleans, LA, Rayson, Jason, 01/19/07
**DISTRICT OF MARYLAND**
**07-DEA-475909**, $49,920.00 U.S. Currency, Baltimore, MD, Burwell, Kevin, 11/14/06
**07-DEA-477174**, $19,499.00 U.S. Currency, Baltimore, MD, Griffin, Wendall, 12/18/06
**07-DEA-477175**, $2,761.00 U.S. Currency, Baltimore, MD, Wax, Marlowe Eugene, 12/18/06
**07-DEA-477761**, $18,504.00 U.S. Currency, Baltimore, MD, Evans, Rodney, 12/30/06
**07-DEA-477820**, $14,709.00 U.S. Currency, Baltimore, MD, Drake, Matthew AKA Drake III, Matthew AKA Drake, Mathew AKA Drake, Matthew B. AKA Drake, Matthews AKA Matthews, Sean, 12/27/06
**07-DEA-477907**, 2001 Toyota 4-Runner SR5, JT3HN86R910353660, Baltimore, MD, Barnes, Gregory Aaron, 01/04/07
**07-DEA-477913**, $6,400.00 U.S. Currency, Baltimore, MD, Broadway, Raymond AKA Broadway III, Raymond Gilbert AKA Broadway, Raymond G. AKA Broadway, Raymond Gilbert R., 12/28/06
**07-DEA-477958**, $2,698.00 U.S. Currency, Baltimore, MD, Stickel, William Joseph AKA Joey, 12/14/06
**07-DEA-478014**, $7,250.00 U.S. Currency, Baltimore, MD, Bennett, Vane AKA Bennett, Vane Alexander, 01/09/07
**07-DEA-478301**, $2,913.00 U.S. Currency, Landover, MD, Henry, Devette Roachell and Hooks, Terence Joseph, 01/05/07
**07-DEA-478319**, $3,341.00 U.S. Currency, Hagerstown, MD, Berry, Lamont, 01/08/07
**07-DEA-478343**, $4,193.00 U.S. Currency, Baltimore, MD, Brown, Davon AKA Brown, Davon Latrell AKA Brown, Trell, 01/05/07
**EASTERN DISTRICT OF MICHIGAN**
**07-DEA-478095**, $2,263.00 U.S. Currency, Southgate, MI, Barron, Gabriel A., 01/03/07
**07-DEA-478316**, $198,000.00 U.S. Currency, Dearborn, MI, Hassoun, Sami Ali, 01/10/07
**07-DEA-478357**, $2,020.00 U.S. Currency, Dearborn, MI, Hassoun, Sami Ali, 01/10/07
**07-DEA-478539**, $2,211.00 U.S. Currency, Farmington Hills, MI, Rabban, Randy Al, 01/06/07
**WESTERN DISTRICT OF MICHIGAN**
**07-DEA-477635**, $44,960.00 U.S. Currency, Grandville, MI, Frank, Adam Patrick, 12/18/06
**EASTERN DISTRICT OF MISSOURI**
**07-DEA-478151**, $212,320.00 U.S. Currency, Franklin County, MO, Martinez, William R. and Noli, Joseph D., 01/11/07
**07-DEA-478186**, $7,150.00 U.S. Currency, St. Louis, MO, Yancy, Frank, 01/03/07
**07-DEA-478377**, $2,576.00 U.S. Currency, Warrenton, MO, Jenkins Jr., Roger A., 01/11/07
**07-DEA-478994**, $15,780.00 U.S. Currency, Rolla, MO, Williams, Raymond Augustus AKA Allen, Cecil R., 02/06/07
**SOUTHERN DISTRICT OF MISSISSIPPI**
**07-DEA-478401**, $8,197.00 U.S. Currency, Gulfport, MS, Dumornay, Benjy, 01/10/07

Aftermarket Bracelet, Ser No 9451201; (1) Rolex Yachtmaster & Box-18 kt. Yellow Gold Stainless Steel-White Dial, Ser No D247807; (1) Rolex Daytona 18 kt. Solid Yellow Gold & Box, Ser No Y963974, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07
**07-DEA-478680**, 2005 Lexus LS430, JTHBN36F050175505, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07
**07-DEA-478693**, 2007 Ford Mustang GT500, 1ZVHT88S375256531, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
**07-DEA-478695**, 2007 Cadillac Escalade, 1GYFK63857H249080, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
**07-DEA-478701**, EZ-GO Golf Cart with Charger/Rims/Top, Ser No 2197098, VL: $3,000.00, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
**07-DEA-478703**, Assorted Electronic Equipment, VL: $19,600.00, (1) B&W Speaker; Model FPM5, Ser No 0010192; (1) B&W Speaker; Model FPM5, Ser No 0009692; (1) B&W Speaker; Model FPM5, Ser No 0013333; (1) Sony SXRD Home Theater Projector; Model VPL-VW100, Ser No 2003715; (1) Pioneer Elite Pro-1010HD 50" Plasma TV, Ser No DTPM000393UC, (1) Pioneer Elite Pro-1410HD 61" Plasma TV, Ser No DNF000273UC; (1) Monster Power Surge Protector; Model HTS1600, Ser No 01060428385, Wilmington, NC, Russo, Andrew Thomas and Watts, Donna Leigh, 01/11/07
**07-DEA-478706**, 1983 Oldsmobile Cutlass Hurst 15th Anniversary, 1G3AK4790DM414243, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
**07-DEA-478708**, 2006 Chevrolet Corvette Z06 Coupe, 1G1YY26E365112855, Wilmington, NC, Russo, Andrew Thomas, 01/11/07
**07-DEA-478898**, 2006 Mercedes Benz ML 500, 4JGBB75E06A139385, Wilmington, NC, Leborgne, Dennis, 01/11/07
**07-DEA-478900**, 2005 Chrysler Crossfire, 1C3AN55L35X046642, Wilmington, NC, Leborgne, Dennis, 01/11/07
**MIDDLE DISTRICT OF NORTH CAROLINA**
**07-DEA-478066**, $13,760.00 U.S. Currency, Winston Salem, NC, Salinas, Margarita Gonzalez, 01/11/07
**07-DEA-478236**, 1999 Sun Valley Car Hauler, 1S9C85323XP297405, Lexington, NC, Gonzalez, Victor Hugo, 01/12/07
**07-DEA-478421**, $12,870.00 U.S. Currency, Sanford, NC, Gilmore, Dennis Elbert AKA Gilmore, Dennis Albert, 01/19/07
**07-DEA-478436**, $9,000.00 U.S. Currency, Greensboro, NC, Mack, Anthony, 01/22/07
**07-DEA-478682**, $19,740.00 U.S. Currency, Carrboro, NC, Falla, Carlos Humberto Catalan, 01/26/07
**07-DEA-478771**, $22,000.00 U.S. Currency, Carrboro, NC, Lane III, James Crawford, 01/22/07
**07-DEA-478773**, 2003 Cadillac Deville DTS, 1G6KF57913U165483, Carrboro, NC, Lane III, James Crawford, 01/22/07
**07-DEA-478785**, $13,500.00 U.S. Currency, Asheboro, NC, Rosas, Jose Fransisco, 01/30/07
**07-DEA-478938**, $15,000.00 U.S. Currency, Greensboro, NC, Clark, Katris Lynette, 01/31/07
**07-DEA-478969**, $3,107.00 U.S. Currency, Archdale, NC, Phillips, Carl Tyrone, 01/31/07
**WESTERN DISTRICT OF NORTH CAROLINA**
**07-DEA-478197**, 2003 Land Rover Fraelander SE, SALNY22273A258791, Charlotte, NC, Alroy, Garrett Johnathan, 01/11/07
**07-DEA-478308**, $5,508.00 U.S. Currency, Charlotte, NC, Medrano, Jaimo Alexander AKA Sevilla, Jimy Alexander, 01/10/07
**07-DEA-478389**, 2005 Cadillac Escalade, 1GYEK63NX5R175959, Morganton, NC, Hunt IV, James Stone, 12/26/06
**DISTRICT OF NEBRASKA**
**07-DEA-478094**, 1996 Mercedes-Benz, WDBGA33E2TA323001, Douglas County, NE, Jajo, Amin, 01/11/07
**07-DEA-478262**, Homemade Livestock Trailer, Ser No none, Hubbard, NE, Valdivinos, Marcos, 01/05/07
**07-DEA-478284**, 1996 Toyota Camry, 4T1BG12K1TU712695, Hamilton County, NE, Anaya-Zepeda, Jose, 01/16/07
**07-DEA-478299**, 1999 Chevrolet Silverado Pickup, 1GCEK19T2XE168027, Buffalo County, NE, Parsons, Matthew, 01/16/07
**07-DEA-478447**, $100,000.00 U.S. Currency, Douglas County, NE, Denkha, Amir and Yousif, Anter Jamil, 01/23/07
**07-DEA-478443**, $17,600.00 U.S. Currency, Jamaica, NY, Bravo-Calderon, Peter F., 01/19/07
**07-DEA-478697**, $199,440.00 U.S. Currency, Queens, NY, Machecha, Yanko Alejandro and Noriega, Maria Del Carmen, 01/22/07
**07-DEA-478772**, $5,091.00 U.S. Currency, Jackson Heights, NY, Roman, Maireni S., 01/11/07
**07-DEA-478815**, $3,660.00 U.S. Currency, Brooklyn, NY, Chan, Louis AKA Chen, Qiang, 01/24/07
**NORTHERN DISTRICT OF NEW YORK**
**07-DEA-478371**, $14,543.10 U.S. Currency, Latham, NY, Correljer, Joey, 01/05/07
**07-DEA-478492**, 2000 Chevrolet Silverado Pick-up, 1GCEK14W2YE302862, Massena, NY, Cock, Jonathan, 01/14/07
**07-DEA-478516**, $1,994.00 U.S. Currency, Elbridge, NY, Delgado, Zulma, 01/13/07
**07-DEA-478517**, $6,868.00 U.S. Currency, Syracuse, NY, Diaz-Delgado, Jonathan, 01/13/07
**07-DEA-478519**, $2,755.00 U.S. Currency, Syracuse, NY, Delgado, Yamilette, 01/13/07
**07-DEA-478520**, $4,800.00 U.S. Currency, Syracuse, NY, Schaub, Ernest, 01/16/07
**07-DEA-478536**, 2006 Chrysler 300, 2C3KA53G76H212110, Saugerties, NY, Bernard, Clivet R., 01/18/07
**07-DEA-478812**, $3,328.00 U.S. Currency, Schenectady, NY, Outlaw, James, 01/17/07
**SOUTHERN DISTRICT OF NEW YORK**
**07-DEA-476036**, $64,810.00 U.S. Currency, New Rochelle, NY, Unidentified, 11/07/06
**07-DEA-477996**, $80,450.00 U.S. Currency, Bronx, NY, Brown, Norris and Buchanan, Sofia, 01/04/07
**07-DEA-478075**, $17,122.00 U.S. Currency, Bronx, NY, Montalvo, Juan AKA China, 01/05/07
**07-DEA-478297**, $5,749.00 U.S. Currency, Spring Valley

JH2SC570X6M206910, Cleveland, OH, Hilliard, Keith AKA Hilliard, Keith A., 01/09/07
**07-DEA-478416**, 1976 Oldsmobile Cutlass, 3K57R6M182760, Cleveland, OH, Hilliard, Keith AKA Hilliard, Keith A., 01/09/07
**07-DEA-478485**, 1999 Ford F-150 Pick-Up Truck, 1FTRX17L1XNC34086, Cleveland, OH, Hilliard, Keith AKA Hilliard, Keith A., 01/09/07
**07-DEA-478498**, 2001 Pontiac Grand Prix GT, 1G2WP52K71F203827, Cleveland, OH, Hilliard, Keith AKA Hilliard, Keith A., 01/09/07
**SOUTHERN DISTRICT OF OHIO**
**07-DEA-478491**, $5,604.00 U.S. Currency, Dayton, OH, Young, Maurice Darrell, 01/17/07
**07-DEA-478554**, $8,294.71 U.S. Currency, Columbus, OH, Forrest, Al Eugene AKA Forrest, Al E., 01/18/07
**DISTRICT OF OREGON**
**07-DEA-477176**, $8,753.00 U.S. Currency, Trail, OR, Roberts, Dennis Hamilton, 12/13/06
**EASTERN DISTRICT OF PENNSYLVANIA**
**07-DEA-478337**, $289,513.00 U.S. Currency, Lancaster, PA, Coronado, Noe, 01/12/07
**07-DEA-478524**, $149,820.00 U.S. Currency, Lancaster, PA, Sanchez, Amauris, 01/10/07
**07-DEA-478631**, 2006 Porsche Cayenne Turbo, WP1AC29P96LA91296, Newtown Square, PA, Napoli, Christopher, 01/11/07
**07-DEA-478635**, $163,130.00 U.S. Currency, Philadelphia, PA, Dillon, Maidest, 01/15/07
**07-DEA-478808**, $19,594.00 U.S. Currency, Philadelphia, PA, Herring, Najeeuiah, 01/11/07
**07-DEA-478818**, 2006 Dodge Grand Caravan, 2D4GP44L16R799438, Whitehall, PA, Cedeno, Jose AKA Joselo and Olanez, Nabila, 12/05/06
**MIDDLE DISTRICT OF PENNSYLVANIA**
**06-DEA-461598**, Various Weapons, VL: $720.00, (1) Mak. 9mm Handgun, Ser No AZ0472; (1) Browning 9mm Handgun, Ser No 73C91848, (1) Glock 22 Handgun, Ser No FEW119, Carlisle, PA, Escobar, Mariano and Nunez, Alan Christian, 12/11/05
**WESTERN DISTRICT OF PENNSYLVANIA**
**07-DEA-478560**, $7,031.00 U.S. Currency, Indiana, PA, Clemons, Andrew, 01/16/07
**DISTRICT OF SOUTH CAROLINA**
**05-DEA-447263**, 2000 Polaris Trail Blazer ATV, 4XABA25C5YB388497, Conway, SC, Hannah, Elden Pierre, 12/29/04
**07-DEA-478325**, $13,144.00 U.S. Currency, Gaston, SC, Venancio-Bautista, Sotero and Teran, Maria, 01/17/07
**MIDDLE DISTRICT OF TENNESSEE**
**07-DEA-478039**, $18,000.00 U.S. Currency, Nashville, TN, Johnson, Cory, 01/03/07
**07-DEA-478615**, $20,000.00 U.S. Currency, Nashville, TN, Ellis, Nelius Omar, 01/17/07
**07-DEA-478677**, $37,000.00 U.S. Currency, Nashville, TN, Brown Jr., C.L., 01/24/07
**WESTERN DISTRICT OF TENNESSEE**
**07-DEA-477968**, $15,000.00 U.S. Currency, Memphis, TN, Whitley, Christopher Wayne, 12/23/06
**07-DEA-477972**, Assorted Electronic Equipment, VL $2,259.95, (1) HP Pavilion DV8000, Ser No CND61310YF; (1) Toshiba Laptop Computer, Ser No X6139239W; (1) Sony Cybershot 5.1 mega-pixel Camera, Ser No 706553; (1) Panasonic Mini DV Camcorder, Ser No N/A, Memphis, TN, Gipson, Jason F. and Smith, Jennifer Diane, 12/19/06
**07-DEA-477975**, Assorted Electronic Equipment, VL: $1,340.97, (1) Sony Vaio Laptop Computer, Ser No 00045-828-987-610; (1) Sony Cybershot 7.2 Mega-pixel Camera, Ser No 3522335; (1) Tungsten/E Palm Pilot, Ser No 0CV3V9A4H3C0; (1) Samsung Sports Camcorder, Ser No A6UZ67LLA01106L, Memphis, TN, Gipson, Jason F., 12/19/06
**07-DEA-478917**, $23,291.00 U.S. Currency, Memphis, TN, Halliburton, Vincent, 02/01/07
**NORTHERN DISTRICT OF TEXAS**
**07-DEA-476063**, 2003 Chevrolet Astro Van, 1GNDM19X33B125134, Mesquite, TX, Unidentified, 11/05/06
**07-DEA-476828**, $8,400.00 U.S. Currency, Fort Worth, TX, Almanza, Samuel Paralex, 11/21/06
**07-DEA-478029**, $37,574.00 U.S. Currency, Rockwall, TX, Murry Jr., Eddie Lee, 01/08/07
**07-DEA-478097**, $12,800.00 U.S. Currency, Rowlett, TX, Castillo, Rene Ruben AKA Castillo, Jamie, 01/03/07
**07-DEA-478117**, 2001 Lincoln LS, 1LNHM87A61Y618958, Dallas, TX, Castillo, Rene Ruben AKA Castillo, Jamie, 01/03/07
**07-DEA-478261**, $8,648.00 U.S. Currency, Dallas, TX, Randall, Cedric Levell, 01/04/07
**SOUTHERN DISTRICT OF TEXAS**
**07-DEA-478202**, 1998 Mercury Mountaineer,
**07-DEA-477881**, Smith & Wesson Model SW40VE 40 caliber Pistol, Ser No PBM7621, VL: $300.00, Richmond, VA, Mabry, Oronde' S., 01/02/07
**07-DEA-477935**, $6,906.00 U.S. Currency, Richmond, VA, Mabry, Oronde' S., 01/02/07
**07-DEA-478068**, $10,000.00 U.S. Currency, Richmond, VA, Reed, Billy Wayne AKA Watkins, Wayne L. AKA Reed, Makia, 12/30/06
**07-DEA-478080**, $21,530.00 U.S. Currency, Richmond, VA, Taylor, Dwayne, 12/30/06
**07-DEA-478088**, $5,300.00 U.S. Currency, Ashland, VA, Rodriguez, Carlos Sena AKA Primo, 12/30/06
**07-DEA-478103**, $44,010.00 U.S. Currency, Ashland, VA, Rodriguez, Carlos Sena AKA Primo, 12/30/06
**07-DEA-478190**, $1,800.00 U.S. Currency, Richmond, VA, Taylor, Dwayne and Taylor, Charnita, 12/30/06
**07-DEA-478239**, Glock Model 23 .40 caliber pistol, Ser No EAU244US, VL: $495.00, Richmond, VA, Everett, Kelly Demon, 12/30/06
**07-DEA-478372**, $20,959.00 U.S. Currency, Ashburn, VA, Voght, Donald Eugene, 01/15/07
**07-DEA-478396**, 12 gauge Bolt Shotgun, Ser No 30-12265, VL: $150.00, Richmond, VA, Dunn, Jason C., 12/18/06
**DISTRICT OF VERMONT**
**07-DEA-478433**, $5,304.00 U.S. Currency, Newport City, VT, Birchard, Matthew, 01/09/07
**WESTERN DISTRICT OF WASHINGTON**
**07-DEA-477377**, Nine (9) 600 W EYE Hortilux HPS Grow Light Bulbs, VL: $969.21, Federal Way, WA, Le, Steve Trung, 12/13/06
**07-DEA-478122**, $39,000.00 U.S. Currency, SeaTac, WA, Lee, Austin Myles AKA Iaciofoli III, Joseph Edward, 12/30/06
**07-DEA-478270**, Ruger Model 22/45 Handgun, Ser No 220-72224, VL: $495.00, Marysville, WA,



U.S. Department of Justice
Drug Enforcement Administration

**Asset ID:** 07-DEA-478081 **Case #:** KI-07-0017
**Asset Description:** $31,200.00 U.S. Currency
**Seizure Date:** 12/06/2006 **Seizure Value:** $31200.00
**Adoption Date:** 01/11/2007
**Seizure Place:** Montgomery, AL
**Owner Name:** Michael Green
**Seized From:** Michael Green
**Judicial District:** Middle District of Alabama

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

John J. Cipriani
Senior Attorney
Asset Forfeiture Section

June 13, 2007
Date

GOVERNMENT EXHIBIT 6

**Asset ID:** 07-DEA-478081 **Case #:** KI-07-0017
**Asset Description:** $31,200.00 U.S. Currency
**Seizure Date:** 12/06/2006 **Seizure Value:** $31200.00
**Adoption Date:** 01/11/2007
**Seizure Place:** Montgomery, AL
**Owner Name:** Michael Green
**Seized From:** Michael Green
**Judicial District:** Middle District of Alabama

cc: DO: New Orleans
RO: Montgomery
USMS: Montgomery

DEA.294 (JAN. 01) By: VM AD Code #: 912



ELECTRONICALLY FILED
5/30/2007 11:02 PM
CV-2006-003237.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

**IN THE CIRCUIT COURT OF MONTGOMERY, ALABAMA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **MICHAEL JOE GREEN, et al.,** | * | |
| **Plaintiffs,** | * | |
| **V.** | * | **CV-2006-3237-EWR** |
| | * | |
| **CITY OF MONTGOMERY** | * | |
| **DEFENDANT.** | * | |

**MOTION TO SET ASIDE ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE AND CONSTRUE MOTION TO DISMISS WITH PREJUDICE AS A MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56**

Now come the plaintiffs, by and through counsel and hereby move this honorable court to withdraw its order granting the plaintiffs' motion to dismiss, with prejudice, and construe the motion to dismiss as a motion for summary judgment pursuant to A.R.Cv.P. 56. As grounds for such motion the plaintiffs submits the following:

1. On April 26, 2007, the plaintiffs moved to dismiss the above styled cause, with prejudice.

2. This court granted the motion on May 14, 2007.

3. Plaintiffs' counsel is accustomed to defending cases in which the City or State of Alabama is the plaintiff and he represents the defendant.

4. As such, this is why the motion filed on April 26, 2007 was termed a "motion to dismiss."

5. The substance of the motion, as evidenced by its content, is one for summary judgment, but regrettably was styled as a motion to dismiss.

Wherefore, premises considered, the plaintiffs move this honorable court to set aside its order dismissing the plaintiffs' case with prejudice, and reinstate the case and construe the motion to dismiss filed on April 26, 2007 as a motion for summary judgment, and order the City of Montgomery to respond to the motion by a date certain as set by the court.

Done this 30th day of May, 2007.

GOVERNMENT EXHIBIT C

PENGAD-Bayonne, N. J.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed
Attorney for Plaintiff/Claimant.

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL 36104
334.834.2000
334.834.2088 fax

**Certificate of Service**

I hereby certify that the foregoing was served on the Honorable Kimberly O. Fehl, City Attorney, 103 North Perry Street, Montgomery, AL 36104 by electronic notification by the Circuit Clerk of Montgomery County, Alabama, this 30th day of May, 2007.

/s/ Joe M. Reed
Joe M. Reed