IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOE GREEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv416-WHA |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss (Doc. #5), filed on July 13, 2007, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before August 6, 2007** why the motion should not be granted. The Defendant shall have **until August 13, 2007**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 17th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE