IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Michael Joe Green,** | * |
| **Johnny James Brown, and** | * |
| **Aletha Johnson** | * |
| | 2:07-cv-00416 |
| **Plaintiffs,** | * |
| | * |
| VS. | |
| | * |
| **Drug Enforcement Administration** | |
| | * |
| **Defendant.** | |

### MOTION FOR EXTENSION OF TIME

Now come the plaintiffs, by and through the undersigned, and hereby move this Honorable Court for a seven (7) day extension of time in which to file a motion for reconsideration of this court's order dismissing the above styled cause. As grounds for such motion, the undersigned submits the following.

1. On or about August 17, 2007 this court dismissed the above styled cause for lack of jurisdiction. Under the Federal Rules of Civil Procedure, the plaintiffs are allowed ten (10) days to file a motion for reconsideration.

2. On August 16, 2007, the undersigned received news of the death of his Godmother, the late Ms. Essie V. Buskey. Funeral services for Ms. Buskey were held on August 25, 2007.

3. The undersigned has spent the last 9 days grief-stricken and coordinating funeral services and needs additional time to respond to this honorable court's order.

4. Such extension will not prejudice the government, nor delay any proceeding. Although the undersigned has not spoken with counsel for the DEA, the undersigned believes that there would be no objection to an extension of time given the above cited circumstances.

Wherefore, premises considered, the undersigned prays that this court grant his motion.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed
Attorney for Plaintiffs.

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax
joemreed@bellsouth.net

## Certificate of Service

I hereby certify that the foregoing was served on the Honorable John T. Harmon, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic notification this 9th day of August, 2007.

                                            _/s/ Joe M. Reed___
                                            Joe M. Reed