IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Michael Joe Green, | * |
| Johnny James Brown, and | * |
| Aletha Johnson | * |
| Plaintiffs, | *    2:07-cv-00416 |
| | * |
| VS. | |
| | * |
| Drug Enforcement Administration | |
| | * |
| Defendant. | |

### MOTION FOR EXTENSION OF TIME

Now come the plaintiffs, by and through the undersigned, and hereby move this Honorable Court for a seven (7) day extension of time in which to file a motion for reconsideration of this court's order dismissing the above styled cause. As grounds for such motion, the undersigned submits the following.

1. On or about August 17, 2007 this court dismissed the above styled cause for lack of jurisdiction. Under the Federal Rules of Civil Procedure, the plaintiffs are allowed ten (10) days to file a motion for reconsideration.

**MOTION GRANTED TO AND INCLUDING** Sept. 6, 20 07
**THIS** 29th **DAY OF** Augm , 20 08
_____
UNITED STATES DISTRICT JUDGE