IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOE GREEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv416-WHA |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Motion to Reconsider (Doc. #15), filed by the Plaintiffs on September 6, 2007. The motion raises nothing new which was not considered by the court in its previous order dismissing the action. Therefore, it is hereby

ORDERED that the Motion to Reconsider is DENIED.

DONE this 10th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE