IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Michael Joe Green,** | * | |
| **Johnny James Brown, and** | * | |
| **Aletha Johnson** | * | **2:07-cv-00416** |
| Plaintiffs, | * | |
| | * | |
| VS. | | |
| | * | |
| **Drug Enforcement Administration,** | | |
| | * | |
| Defendant. | | |

## NOTICE OF APPEAL

Now come the plaintiffs, by and through the undersigned, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, hereby APPEAL, the order of the Honorable Judge W. H. Albritton, granting the defendant's motion to dismiss for lack of jurisdiction, on September 10, 2007.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed
Attorney for Plaintiffs

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

**Certificate of Service**

I hereby certify that the foregoing was served on the Honorable John T. Harmon, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic notification this 7th day of November, 2007.

/s/ Joe M. Reed
Joe M. Reed