Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 03, 2007

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

TO:   Joe Morgan Reed

CC:   Debra P. Hackett

CC:   John T. Harmon

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2007

Joe Morgan Reed
Faulk & Reed, LLP
524 S UNION ST
MONTGOMERY  AL  36104-4626

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number:  07-00416  CV-A-N

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455), with notice to this office, or move in this court for leave to proceed on appeal as a pauper (form enclosed).

File Civil Appeal Statement Form as required by 11th Cir. R. 33-1, **together with a motion to file the form out of time.**

11th Cir. R. 46-10(a) provides that "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

c: District Court Clerk

DIS-1 (11-2007)