Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

December 03, 2007

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number:  07-00416 CV-A-N

CC:  Debra P. Hackett

CC:  Joe Morgan Reed

CC:  John T. Harmon

CC:  Leura Garrett Canary

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2007

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number:  07-00416 CV-A-N

NOTICE OF APPEAL FILED: November 7, 2007

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal.  If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page.  An original plus three copies of any response should be filed. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules.  Requests for extensions of time to file a response may not be entertained.

After fourteen (14) days, this court will consider any response(s) received and any portion of the record that may be required to resolve the jurisdictional issue(s).  Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Counsel who wish to participate in this appeal and who have not yet filed an appearance form must complete and return an appearance form within fourteen (14) days.  Appearance forms are available on the Internet at www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form.  See 11th Cir. R. 46-5. Pro se parties and court-appointed attorneys are not required to file an appearance form.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

c: District Court Clerk

JUR-1 (11-2007)

No. 07-15334-J

# JURISDICTIONAL QUESTIONS

1. Whether the plaintiffs appeal only the district court's September 10, 2007, order denying the defendant's motion for reconsideration, or whether the plaintiffs also appeal the underlying August 17 order and final judgment dismissing the plaintiffs' complaint?

2. If plaintiffs are appealing from the underlying August 17 judgment, whether the notice of appeal is timely in light of the Fed.R.App.P. 4(a)(4) ten-day limit for tolling motions, Fed.R.Civ.P. 6(b)'s limitations on the district court's authority to grant time enlargements, and the district court's grant of a ten-day extension of time?

3. If plaintiffs are appealing from the underlying August 17 judgment, whether this Court has jurisdiction to address an appeal of the August 17 judgment in light of the Supreme Court's decision in <u>Bowles v. Russel</u>, __ U.S. __, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007)?