Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 18, 2007

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

TO:   Debra P. Hackett

CC:   John T. Harmon

CC:   Joe Morgan Reed

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 18, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15334-J

MICHAEL JOE GREEN,
JOHNNY JAMES BROWN,
ALETHA JOHNSON,

                              Plaintiffs-Appellants,

versus

DRUG ENFORCEMENT ADMINISTRATION,

                              Defendant-Appellee.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a Civil Appeal Statement form within the time fixed by the rules, effective this 18th day of December, 2007.

                              THOMAS K. KAHN
                              Clerk of the United States Court
                              of Appeals for the Eleventh Circuit

                              By:  Deborah Hall
                                    Deputy Clerk

                              FOR THE COURT - BY DIRECTION

ORD-40