RECEIVED
2008 JAN 17 A 10: 17
DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 15, 2008

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

TO:   Debra P. Hackett

CC:   Joe Morgan Reed

CC:   John T. Harmon

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 15, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15334-J**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

The referenced appeal was dismissed December 18, 2007.

Appellant's motion to reinstate this appeal has been clerically granted.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall/wl/404-335-6189

Encl.

REINST-1 (03-2004)