Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 13, 2008

**Appeal Number: 07-15334-JJ**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

TO:  Debra P. Hackett

CC:  Joe Morgan Reed

CC:  John T. Harmon

CC:  Tommie Brown Hardwick

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 13, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15334-JJ**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when the appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on March 4, 2008.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol P. Lewis (404) 335-6179

Encl.

DIS-2CIV(03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 13 2008

THOMAS K. KAHN
CLERK

No. 07-15334-JJ

MICHAEL JOE GREEN,
JOHNNY JAMES BROWN,
ALETHA JOHNSON,

                                  Plaintiffs-Appellants,

versus

DRUG ENFORCEMENT ADMINISTRATION,

                                  Defendant-Appellee.

Appeal from the United States District Court for the

Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the record excerpts within the time fixed by the rules, effective this 13th day of March, 2008.

                                  THOMAS K. KAHN
                                  Clerk of the United States Court
                                  of Appeals for the Eleventh Circuit

                                  By: Carol P. Lewis
                                       Deputy Clerk
                                  FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
          Deputy Clerk
         Atlanta, Georgia

ORD-40