Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 25, 2008

**Appeal Number: 07-15334-JJ**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

TO:  Debra P. Hackett

CC:  Joe Morgan Reed

CC:  John T. Harmon

CC:  Tommie Brown Hardwick

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15334-JJ**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N

The referenced appeal was dismissed March 13, 2008.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from this date.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol P. Lewis (404) 335-6179

Encl.

REINST-1 (03-2004)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15334-JJ**
Case Style: Michael Joe Green v. DEA
District Court Number: 07-00416 CV-A-N


The referenced appeal was dismissed March 13, 2008.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from this date.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol P. Lewis (404) 335-6179


Encl.

REINST-1 (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15334-JJ

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 2 5 2008

THOMAS K. KAHN
CLERK
```

MICHAEL JOE GREEN,
JOHNNY JAMES BROWN,
ALETHA JOHNSON,

                               Plaintiffs-Appellants,

versus

DRUG ENFORCEMENT ADMINISTRATION,

                               Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

BEFORE:   CARNES and BARKETT, Circuit Judges.

BY THE COURT:

Appellant's motion to reinstate appeal is *granted*.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia