```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

MICHAEL JOE GREEN, et al.,           )
                                     )
          Plaintiffs,                )
                                     )
vs.                                  ) CIVIL CASE NO. 2:07-cv-416-WHA
                                     )
DRUG ENFORCEMENT ADMINISTRATION,     )
                                     )
          Defendant.                 )

## MOTION TO SUPPLEMENT RECORD ON APPEAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and, on behalf of defendant Drug Enforcement Administration, hereby submits this request to supplement the record in case number 2:07-cv-416-WHA, and in support thereof states the following:

1.   On December 29, 2006, Plaintiffs originally filed a Complaint and Motion for Release and Return of Seized Money against the City of Montgomery, J.J. Allen and Henry Davis, both officially and individually, in the Circuit Court of Montgomery County, Alabama.

2.   On February 1, 2007, pursuant to 2 U.S.C. § 1331 and 28 U.S.C. § 1343, the City of Montgomery filed a Notice of Removal to the United States District Court for The Middle District of Alabama, which was entered under case number 2:07-cv-92-WKW.

3.   On April 17, 2007, United States District Judge W. Keith Watkins granted Plaintiffs motion to remand the case back to the

Circuit Court of Montgomery County based upon the City of Montgomery's failure to meet its burden of establishing federal jurisdiction. (Doc. # 4, case number 2:07-cv-92-WKW).

    4.   On May 11, 2007, and after filing a motion to dismiss their state case, Plaintiffs filed a federal Complaint and Motion for Release and Return of Seized Money against the Drug Enforcement Administration in the United States District Court for the Middle District of Alabama, which is the instant case number 2:07-cv-416-WHA.

    5.   Plaintiffs have filed an appeal in case number 2:07cv416-WHA to the Eleventh Circuit Court of Appeals. Since the two cases relate to the same Complaint and Motion for Release and Return of Seized Money, the government intends to address the procedural background of this case in arguing the issues on appeal.

    Therefore, the United States respectfully request this Honorable Court supplement the record of case number 2:07-cv-416-WHA, with the entire record in case number 2:07-cv-92-WKW.

    Respectfully submitted on this 29th day of May, 2008.

                                     LEURA G. CANARY
                                     UNITED STATES ATTORNEY

                                     **/s/Tommie Brown Hardwick**
                                     TOMMIE BROWN HARDWICK
                                     Assistant United States Attorney
                                     Bar Number: ASB4152 W86T
                                     131 Clayton Street
                                     Montgomery, Alabama 36104
                                     Phone: (334) 223-7280
                                     Fax: (334) 223-7135
                                     E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe M. Reed.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney