IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOE GREEN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL CASE NO. 2:07-cv-416-WHA ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) ) |
| Defendant. | ) |

### MOTION TO SUPPLEMENT RECORD ON APPEAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and, on behalf of defendant Drug Enforcement Administration, hereby submits this request to supplement the record in case number 2:07-cv-416-WHA, and in support thereof states the following:

1. On December 29, 2006, Plaintiffs originally filed a Complaint and Motion for Release and Return of Seized Money against the City of Montgomery, J.J. Allen and Henry Davis, both officially and individually, in the Circuit Court of Montgomery County, Alabama.

2. On February 1, 2007, pursuant to 2 U.S.C. § 1331 and 28 U.S.C. § 1343, the City of Montgomery filed a Notice of Removal to the United States District Court for The Middle District of Alabama, which was entered under case number 2:07-cv-92-WKW.

3. On April 17, 2007, United States District Judge W. Keith Watkins granted Plaintiffs motion to remand the case back to the

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20___
_____
UNITED STATES DISTRICT JUDGE